RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC 30  A 10: 31

JOE MITCHELL DORSEY )
)
Full name and prison number )
of plaintiff(s) )
)
)
v. )
)
MUNICIPAL COURT ANDALUSIA )
)
JUDGE McCALMA )
)
ANTHONY CLARK )
)
ANNETH KING )
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2: O5CV1239-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✗)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✗)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____

_____

5.    Disposition (for example:  Was the case dismissed?
      Was it appealed?  Is it still pending?) _____

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT  Covington County Jail

290 Hillcrest Dr Andalusia, Al 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  290 Hillcrest Dr

Andalusia Al 36420

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.
              NAME   Judge McCalma   ADDRESS

1.    Municipal City Court Andalusia  102 opp Ave Andalusia Al 36420

2.    Anthony Clark  290 Hillcrest Dr Andalusia Al 36420

3.    Annett King 290 Hillcrest Dr Andalusia, Al 36420

4.    _____

5.    _____

6.    _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED  12-25-05

_____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Plaintiff Constitutional Rights
Are being Violated Eight Amendment Rights

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

ON OR ABOUT THE 12-13-2005 THE MUNICIPAL COURT OF ANDALUSIA ALABAMA, SENTENCE THE PLAINTIFF TO SIX MONTHS FOR DOMESTIC VIOLENCE III TO BE SERVED IN THE COVINGTON COUNTY JAIL. ON OR ABOUT THE 12-25-05, THE PLAINTIFF

**GROUND TWO:** WAS COMING DOWN THE STAIRS, AND HE LEANED ON THE RAIL AND THE BOTTOM OF THE

**SUPPORTING FACTS:** RAIL BROKE HE FAIL FACE FIRST THE RAIL THROUGH HIM CLOSE TO THE DOOR AND INJURED HIS BACK, SINCE HE CAME BACK FROM HOSPITAL THE JAILERS AND THE NURSES HAVE DENIED HIM MEDICAL, HE IS STILL BEING HELD WITHOUT MEDICAL ATTENTION

**GROUND THREE:** HE SUFFERING AND SUFFERING WITH PAIN THE JAILERS AND NURSES, HAVE

**SUPPORTING FACTS:** REFUSED AND IGNORED HIM WHEN HE CRY OUT FOR HELP, THE PLAINTIFF NEED MEDICAL ATTENTION, AND ALSO THE JAIL HAVE NOT FIX THE RAIL WHAT CAUSED THE INJURED THIS JAIL IS UNSAFE SOME THING NEED TO BE DONE.

**VI.** STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Pain + Suffering $150,000

_____

_____

Joe Mitchell Dorsey
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

Joe Mitchell Dorsey
**Signature of plaintiff(s)**

4