IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC 30  A 10: 31

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

2:05CV1239-F

I, _Joe Mitchell Dorsey_, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  YES ( ) NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __N-A__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( ) NO (X)
   B. Rent payments, interest, or dividends?              YES ( ) NO (X)
   C. Pensions, annuities, or life insurance payments?   YES ( ) NO (X)
   D. Gifts or inheritances?                              YES ( ) NO (X)
   E. Any other sources?                                  YES ( ) NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own cash, or do you have money in a checking/savings account?    YES ( )    NO (X)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (X)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Mother Marion J Goghten And brother Brentons Dorsey Grandmother Elizbeth Dorsy

   _Joe Mitchell Dorsey_
   Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____,
   199__, at _____, Alabama.

   _____
   NOTARY PUBLIC in and for said County,
   in said State

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____RECEIVED_____
          (date)
         2005 DEC 30  A 10: 31

         DEBRA P. HACKETT, CLK
         U.S. DISTRICT COURT
         MIDDLE DIST. OF ALA.

_____
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 0.56 on account to his credit at the Covington County Jail institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ 10.00 _____ on the 1st day of __05-11-2005__
2. $ 10.00 _____ on the 1st day of __12-11-2005__
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_____
_____
_____

                              _Linda Renn_____
                              Authorized Officer of Institution

DATE  12-28-2005

                              COVINGTON CO. SHERIFF'S DEPT.
                              ORI AL0230000
                              290 HILLCREST DRIVE
                              ANDALUSIA, AL 36420