| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Pat Sweatt* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): PAT SWEATT     C. Date of Delivery: 1-17-06<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Covington Co. Jail<br>290 Hillcrest Dr.<br>Andalusia AL 36420<br>Attn: Anthony Clark<br>complaint & order #5 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3465 2300 |

PS Form 3811, February 2004    Domestic Return Receipt    05-1239    102595-02-M-1540