**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Covington Co. Jail
290 Hillcrest Dr.
Andalusia AL 36420
Attn: Annette King
complaint & order #5

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Annette Cain*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

ANNETTE CAIN   1118

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1820 0002 3465 2331

PS Form 3811, February 2004     Domestic Return Receipt   05·1239     102595-02-M-1540