IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOE MITCHELL DORSEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1239-MEF |
| | ) |
| MUNICIPAL COURT ANDALUSIA, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 13, 2006 (Doc. #3), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE:

1. That the plaintiff's claims against Judge McCalma and the Municipal Court for Andalusia, Alabama, are DISMISSED under the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. That defendants McCalma and the Municipal Court for Andalusia, Alabama, are DISMISSED as parties to the complaint.

3. That this case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 1st day of February, 2006.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE