IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JOE MITCHELL DORSEY        *

    Plaintiff,                    *

    v.                           *         2:05-CV-1239-MEF

MUNICIPAL COURT            *
ANDALUSIA, *et al.*,
                                  *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Defendant King's Motion for Extension of Time filed on February 3, 2006, and for good cause, it is ORDERED that the motion is GRANTED in part and DENIED in part.

The court has reviewed Plaintiff's complaint which involves an allegation that he is being denied medical care for an injury he sustained in the Covington County Jail. Accordingly, the court declines to more than double the original amount of time granted Defendant King to file her special report. Therefore, it is further

ORDERED that Defendant King is GRANTED an extension from February 21, 2006 to March 23, 2006 to file her answer and written report.

Done this 8th day of February, 2006.

                                 /s/Charles S. Coody
                                 CHARLES S. COODY
                                 CHIEF UNITED STATES MAGISTRATE JUDGE