# EXHIBIT A
# Inmate File

## COVINGTON COUNTY JAIL
### Page 6

THIS FORM IS TO BE READ TO THE INMATE AT TIME OF BOOKING OR AS SOON
AFTER IF THEY ARE NOT ABLE TO UNDERSTAND AT THE TIME OF BOOKING:

I, Dorsey , Joe Michah HAVE BEEN ADVISED BY THE JAILER
OF THE FOLLOWING.

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO
SEARCH BY AUTHORIZED PERSONNL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS

I HAVE RECEIVED A COPY OF THE INMATE RULES FOR THE COVINGTON
COUNTY JAIL AND UNDERSTAND THAT IT IS UP TO ME TO READ AND
UNDERSTAND THESE RULE,S AND TO FOLLOW THEM. IF YOU ARE NOT ABLE
TO READ THEM ASK THE OFFICER TO READ THEM TO YOU.


_____
INMATE SIGNATURE

DATE: 2/28/01


_____
JAILERS SIGNATURE

DATE: 2/28/01

THIS FORM WILL BE FILLED OUT BY THE BOOKING OFFICER WHEN A PERSON
IS BOOKED IN

LAST NAME: _Dorsey_____     FIRST: _Joe_____     MI: _Mitchell_

DID YOU PUT PROPERTY IN PROPERTY ROOM _____

DID YOU BOOK SUBJECT IN _____ _yes___

DID YOU LIST ALL CHARGES _____ _yes___

DID YOU LIST ALL PROPERTY _____ _yes___

DID YOU LIST ALL HOLDS ON INMATE _____ _yes___

DID YOU TAKE FINGERPRINTS _____

DID YOU TAKE PHOTO _____ _yes___

DID YOU ENTER THEIR MONEY IN SWANSON _no__

DID SUBJECT GET A PHONE CALL _____ _yes__

DID YOU PUT SUBJECT ON DAILY JAIL LOOG _____ _yes___

DID YOU ADD SUBJECT ON 72 HOUR LIST _____ _yes___


BOOKING OFFICER _____ _cP___

<u>PUT THIS FORM IN INMATES FILE</u>          DATE: _2-28-01_

OFFICER'S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING
INMATE

DATE RELEASED: _03-01-2001_

DID YOU CHECK ALL HOLDS ON SUBJECT _____ _yes___

DID YOU RETURN ALL PROPERTY AND MONEY _no__

DID YOU HAVE THE INMATE SIGN FOR PROPERTY _yes__

DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY _yes__

ARE YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE
RELEASING _yes__

DID YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION _yes__

ARE YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO
NOT HAVE ANY HOLDS ON THEM _yes__

RELEASING OFFICER: _Robt_____     DATE: _03-01-2001_

PUT THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED

S.S.NO. _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_

## PRISONER'S JAIL RECORD

NO. _____

NAME _Dorsey Joe Mitchell_    DATE _4-9-01_    TIME _1400_

ALIAS _____

ADDRESS _712 South Cotton St. Andalusia Al_

AGE _18_ RACE _Black_ SEX _male_ EYES _Brn_    HAIR _Blk_    HEIGHT _[illegible]_ WEIGHT _154_

DATE OF BIRTH _1-29-1982_    PLACE OF BIRTH _Andalusia, Al_    SCARS OR MARKS _None_

ARRESTING OFFICER _Edison M French_    ARRESTING AGENCY _APD_

OFFENSE _Disorderly Conduct_

TELEPHONE NO. _427-8837_

SPOUSE OR NEXT OF KIN _Maxine Carleton_

STATUS _____    HOLD FOR _____

SENTENCE EXPIRES _____

SENTENCE BEGINS _____

BEHAVIOR _____    TIME ALLOWED—GOOD BEHAVIOR _____

HOW RELEASED _Release Order APD_ _[illegible]_    DATE _4-9-01_    TIME _1742_

_B.I Rank_    DRAFT BOARD & CLASSIFICATION _____

RELEASING OFFICER _____    RELEASING R/I PRINT _____

ENTERING R/I PRINT

REMARKS:

LEAVE BLANK          CRIMINAL          (STAPLE HERE)          LEAVE BLANK

STATE USAGE

NFF SECOND

SUBMISSION     APPROXIMATE CLASS     AMPUTATION     SCAR

LAST NAME FIRST NAME MIDDLE NAME SUFFIX

DORSEY   JOE   mitchell

SOCIAL SECURITY NO     LEAVE BLANK

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

X Joe Dorsey

STATE IDENTIFICATION NO

DATE OF BIRTH   MM  DD  YY     SEX   RACE   HEIGHT   WEIGHT   EYES

11 29 82   M   B   6'00"   165   Bro   Blk

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

CONTRIBUTOR    AL0230000
SO
5 11 05    ADDRESS    ANDALUSIA, AL

Alabama (COVINGTON)    USA

BACK, Both Arms Stomach

209 Stallworth St.    Andalusia  AL

CJ005

Dom. Viol. III

Case Number

U 97-65.23

_____ COUNTY

_____

_____

_se of

_____

_____

_'

By: _____

DORSEY.
JOE M

Covington County Jail
1017/2002 16:30:52
ST 101 / CRBK 1 / OPR ANGIE

Release
Receipt # A87732

***** RESIDENT COPY *******

SSN
Date of Birth        : 42/13/359
Location             : 11/29/1982

Cash Amount :
Check Amount :

Total Released :                    $0.00
Check # 350                         $0.00
Cash + Installation                 $0.00
Meal - Released :

Debt Balance
(Commissary) Balance :              $0.00
                                    $0.00

**COURT RECORD** (Original)    **JAILER** (Copy)    **Judge/Clerk**

---

| State of Alabama Unified Judicial System | ORDER OF RELEASE FROM JAIL | Case Number |
|---|---|---|
| Form C-42   Rev 8/88 | | 000016059 |

IN THE _____ Municipal _____ COURT OF _____ Andalusia _____ COUNTY

STATE OF ALABAMA    v. _____ Joe M. Dorsey _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____ Harassment DV _____

Reason for Release _____ Bond _____

Date _____

**COURT RECORD** (Original)    **JAILER** (Copy)    **Judge/Clerk**

---

| State of Alabama Unified Judicial System | ORDER OF RELEASE FROM JAIL | Case Number |
|---|---|---|
| Form C-42   Rev 8/95 | | |

IN THE _____ MUNICIPAL _____ COURT OF ANDALUSIA _____ MUNICIPALITY

CITY OF _____    v. _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____ Disorderly Conduct _____

Reason for Release _____

ATTORNEY _____

CALLED ATTORNEY _____ DATE: _____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|------|---------------------------|
|      |                           |
|      |                           |
|      |                           |

SEARCHED BY _DuBass_ _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED? _____ IMPOUNDED? _____

| | Year | Make | License No. |
|---|------|------|-------------|

CURRENCY  $ _____    RINGS _____

CHANGE    $ _____    KEYS _____

CHECKS    $ _____    CARDS _____

TOTAL     $ _____    KNIFE _____

WALLET _____         LIGHTER _____

WATCH _____          PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED _1 pa tennis; 1 wh chain_
_1 ear Ring_ _____

_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities.

PRISONER'S SIGNATURE X _Joe M Dorsey_ _____

Received all of the above listed property this _2th_ day of _April_ , 19_2001_

SIGNED _Joe M Dorsey_ _____

State of Alabama
Unified Judicial System

Form C-42  Rev 8/95

# ORDER OF RELEASE
# FROM JAIL

Case Number

MC 02-0041
TR 01-788
TR 01-787

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. _De Dorsey_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense

of _Elias Driving Without License, Proof Ins Required_

Reason for Release _Ent $ Cash Bond_

Date _2-7-02_                    _Judge/Clerk/Officer_

COURT RECORD (Original)  JAILER (Copy)

Received By: _____

State of Alabama
Unified Judicial System

Form C-42    Rev 6/88

# ORDER OF RELEASE FROM JAIL

**Case Number**

Ju 97-65

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

## STATE OF ALABAMA — v. — Joe Presley

### TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____ E T O

Date _____ 8-29-0X

COURT RECORD (Original)    JAILER (Copy)    Judge/Clerk _____    By: _____

02/07/2002 16:46
AL0230000

NO ACJIC PERSON WANTS NAM/DORSEY,JOE M DOB/11291982 SEX/M RAC/B
NO ACJIC PERSON WANTS SOC/421137359
SEQ # 0039 MRI # 121994

16:41 02/07/2002 121995
AL0230000

NO NCIC WANT SOC/421137359
NO NCIC WANT NAM/DORSEY,JOE M DOB/11291982 SEX/M RAC/B

State of Alabama
Unified Judicial System

Form C-42 Rev 8/98

Case Number

# ORDER OF RELEASE
# FROM JAIL

Case Number ☐☐☐☐ 4330

IN THE _____ COURT OF ANDALUSIA _____

CITY OF MUNICIPAL _____ MUNICIPALITY

v. _____ De Nance g _____

TO THE JAILER: WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release: harassment (Domestic Violence)

Date 3-1-01

COURT RECORD (Original)    JAILER (Copy)

By: _____
Judge/Clerk/Officer

JAIL

**Date:** 3-6-2001

**CIRCUIT COURT** } **COURT OF COVINGTON COUNTY, ALABAMA**

**STATE OF ALABAMA,** Plaintiff
vs.                                          } **CASE NO.** JU-1997-65

Joe Dorsey

**Defendant**

**Offense:** ___Contempt of Court___

**Additional Hard Labor:** _____ days

**Fine of:** $_____ . or _____ days

**Costs:** $_____ or _____ days

**Total Fine & Costs:** $_____

**Total Sentence:** 48 hours _____ days

**Date Sentence to Begin:** __3-6-2001 at 3:50 P.M.___

**Date Sentence Completed:** __3-8-2001 at 3:50 P.M.___

**Date Case Continued To:** _____

**ROGER A. POWELL**
**Clerk of Circuit Court,**
**Covington County**
**Andalusia, Alabama**

If fine and cost not paid within 30 days defendant must serve entire sentence of _____ days.

Frank _. McGuire ...
District Judge

PRISONER'S JAIL RECORD    NO. _810_

S.S.NO. _____

NAME _Dorsey, Joe, Mitchell_    DATE _02-28-01_    TIME _13:57_

ALIAS _____    ADDRESS _713 South Cotten Andalusia_

AGE _18_    RACE _B_    SEX _M_    EYES _Bro_    HAIR _Blk_    HEIGHT _6'0"_    WEIGHT _164_

DATE OF BIRTH _11-29-82_    PLACE OF BIRTH _Andalusia_    SCARS OR MARKS _____

ARRESTING OFFICER _Hayden_    ARRESTING AGENCY _APD_

OFFENSE _Harassment / Domestic Violence_    TELEPHONE NO _427-9551_

STATUS _____    SPOUSE OR NEXT OF KIN _____

SENTENCE BEGINS _____    SENTENCE EXPIRES _____    HOLD FOR _____

BEHAVIOR _____    TIME ALLOWED—GOOD BEHAVIOR _____

HOW RELEASED _Release Order per APD_    DATE _02/01/2001_    TIME _1310_

RELEASING OFFICER _____    DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____    RELEASING R/I PRINT _____

REMARKS: _____

ATTORNEY _____

CALLED ATTORNEY_____ DATE:_____ TIME: _____

| DATE | | OTHER PHONE CALLS ALLOWED |
|------|--|---------------------------|
| | | |
| | | |
| | | |

SEARCHED BY _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED? _____ IMPOUNDED? _____

Year          Make          License No

CURRENCY $ _____     RINGS _____

CHANGE   $ _____     KEYS _____

CHECKS   $ _____     CARDS _____

TOTAL    $ _____     KNIFE _____

WALLET _____     LIGHTER ___*0*_____

WATCH _____     PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED  _1 FL DL, 1 pk. cig, 1 Blk Cap_

_____

_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities

PRISONER'S SIGNATURE X _Joe M Dorsey_

Received all of the above listed property this _7th_ day of _February 2002_

SIGNED X _Joe M Dorsey_

S.S. NO. 421 - 13 - 7359

## PRISONER'S JAIL RECORD

NO. 257

NAME Joe Mitchell Dorsey                DATE 1-22-02    TIME 21:39 hrs

ALIAS "Lil Steel"                        ADDRESS 718 J. Cohen St. Andalusia A.

AGE 19    RACE B    SEX M    EYES Bro    HAIR BlK    HEIGHT 6'6"    WEIGHT 169

DATE OF BIRTH 11-29-82    PLACE OF BIRTH Andalusis AL    SCARS OR MARKS

ARRESTING OFFICER B. Force    ARRESTING AGENCY Andalusia Police Dept.

OFFENSE 2 Failure To Appear / Complp Warrents    TELEPHONE NO. 427-2922

STATUS ___ SPOUSE OR NEXT OF KIN Melissa Crockion ___ HOLD FOR ___

SENTENCE BEGINS ___    SENTENCE EXPIRES ___

BEHAVIOR Good    TIME ALLOWED— GOOD BEHAVIOR ___

HOW RELEASED R/o Per PAD    DATE 2-7-2002    TIME 1620

RELEASING OFFICER ___ RELEASING R/I PRINT ___

ENTERING R/I PRINT ___ DRAFT BOARD & CLASSIFICATION ___

REMARKS: ___

ATTORNEY _____

CALLED ATTORNEY _____ DATE: _____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|------|----------------------------|
|      |                            |
|      |                            |
|      |                            |

SEARCHED BY _Robert_ _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED? _____ IMPOUNDED? _____

| | Year | Make | License No |

CURRENCY $ _____  RINGS _____

CHANGE $ _____  KEYS _____

CHECKS $ _____  CARDS _____

TOTAL $ _____  KNIFE _____

WALLET _____  LIGHTER _____

WATCH _____  PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED _Jacket_ _Tennis Sho_

_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities.

PRISONER'S SIGNATURE X _Joe M Dorsey_ _____

Received all of the above listed property this _8_ day of _March_ _2_

SIGNED _Joe M Dorsey_ _____

# PRISONER'S JAIL RECORD

S.S.NO. 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

NO. 42

NAME Dorsey, Joe Mitchell

DATE 02/06/2001 TIME 1550

ALIAS

ADDRESS 713 South Cotton Andalusia

AGE 18 RACE B SEX M EYES BRO HAIR Blk HEIGHT 6'0 WEIGHT 168

DATE OF BIRTH 11-29-82

PLACE OF BIRTH Andalusia

SCARS OR MARKS N/A

ARRESTING OFFICER Emmett

ARRESTING AGENCY CCSO

OFFENSE Serving 2 days

STATUS

SENTENCE BEGINS

SENTENCE EXPIRES

SPOUSE OR NEXT OF KIN

HOLD FOR

TELEPHONE NO

BEHAVIOR Good

TIME ALLOWED—
GOOD BEHAVIOR

HOW RELEASED Time Dorsey

DATE 02/08/2001 TIME 1550

DRAFT BOARD
& CLASSIFICATION

RELEASING OFFICER Robert

ENTERING R/I PRINT | RELEASING R/I PRINT

REMARKS:

THIS FORM WILL BE FILLED OUT BY THE BOOKING OFFICER WHEN A PERSON
IS BOOKED IN

LAST NAME: _Dorsey_          FIRST: _Joe_                    MI: _M_
DID YOU PUT PROPERTY IN PROPERTY ROOM _yes_
DID YOU BOOK SUBJECT IN _yes_
DID YOU LIST ALL CHARGES _yes_
DID YOU LIST ALL PROPERTY _yes_
DID YOU LIST ALL HOLDS ON INMATE _yes_
DID YOU TAKE FINGERPRINTS _N/A   Add_
DID YOU TAKE PHOTO _yes_
DID YOU ENTER THEIR MONEY IN SWANSON _yes_
DID SUBJECT GET A PHONE CALL _Yes_
DID YOU PUT SUBJECT ON DAILY JAIL LOOG _yes_
DID YOU ADD SUBJECT ON 72 HOUR LIST _N/A   Add_

BOOKING OFFICER _Dewey Bass_

PUT THIS FORM IN INMATES FILE                    DATE: _4-9-200_

OFFICER'S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING
INMATE

DATE RELEASED: _4-9-01_
DID YOU CHECK ALL HOLDS ON SUBJECT _yes_
DID YOU RETURN ALL PROPERTY AND MONEY _yes_
~~DID YOU HAVE THE INMATE SIGN FOR PROPERTY~~ _yes_
DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY _yes_
ARE YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE
RELEASING _yes_
DID YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION _yes_
ARE YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO
    NOT HAVE ANY HOLDS ON THEM _yes_
RELEASING OFFICER: _C. Jones_          DATE: _4-9-01_

PUT THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED

# COVINGTON COUNTY JAIL
## Page 6

**THIS FORM IS TO BE READ TO THE INMATE AT TIME OF BOOKING OR AS SOON AFTER IF THEY ARE NOT ABLE TO UNDERSTAND AT THE TIME OF BOOKING:**

I _Joe M Dorsey_ HAVE BEEN ADVISED BY THE JAILER OF THE FOLLOWING.

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY AUTHORIZED PERSONNL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR CORRESPONDENCE WITH COURT OFFICIALS

I HAVE RECEIVED A COPY OF THE INMATE RULES FOR THE COVINGTON COUNTY JAIL AND UNDERSTAND THAT IT IS UP TO ME TO READ AND UNDERSTAND THESE RULE,S AND TO FOLLOW THEM.IF YOU ARE NOT ABLE TO READ THEM ASK THE OFFICER TO READ THEM TO YOU.

x _Joe M Dorsey_
INMATE SIGNATURE                    DATE: _4-9-01_

_Vinton D Bass_
JAILERS SIGNATURE                   DATE: _4-9-01_

THIS FORM WILL BE FILLED OUT BY THE BOOKING OFFICER WHEN A PERSON IS BOOKED IN

LAST NAME:_____ FIRST:_____ MI:_____
DID YOU PUT PROPERTY IN PROPERTY ROOM_____
DID YOU BOOK SUBJECT IN_____
DID YOU LIST ALL CHARGES_____
DID YOU LIST ALL PROPERTY_____
DID YOU LIST ALL HOLDS ON INMATE_____
DID YOU TAKE FINGERPRINTS_____
DID YOU TAKE PHOTO_____
DID YOU ENTER THEIR MONEY IN SWANSON_____
DID SUBJECT GET A PHONE CALL_____
DID YOU PUT SUBJECT ON DAILY JAIL LOOG_____
DID YOU ADD SUBJECT ON 72 HOUR LIST_____

BOOKING OFFICER_____

PUT THIS FORM IN INMATES FILE                    DATE:

OFFICER'S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE

DATE RELEASED:_____
DID YOU CHECK ALL HOLDS ON SUBJECT_____
DID YOU RETURN ALL PROPERTY AND MONEY_____
DID YOU HAVE THE INMATE SIGN FOR PROPERTY_____
DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY_____
ARE YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING_____
DID YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION_____
ARE YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO NOT HAVE ANY HOLDS ON THEM_____
RELEASING OFFICER:_____ DATE:_____
PUT THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED

# COVINGTON COUNTY JAIL
## Page 6

THIS FORM IS TO BE READ TO THE INMATE AT TIME OF BOOKING OR AS SOON AFTER IF THEY ARE NOT ABLE TO UNDERSTAND AT THE TIME OF BOOKING:

I _____ HAVE BEEN ADVISED BY THE JAILER OF THE FOLLOWING.

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY AUTHORIZED PERSONNL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR CORRESPONDENCE WITH COURT OFFICIALS

I HAVE RECEIVED A COPY OF THE INMATE RULES FOR THE COVINGTON COUNTY JAIL AND UNDERSTAND THAT IT IS UP TO ME TO READ AND UNDERSTAND THESE RULE,S AND TO FOLLOW THEM. IF YOU ARE NOT ABLE TO READ THEM ASK THE OFFICER TO READ THEM TO YOU.

_____    DATE:_____
INMATE SIGNATURE

_____    DATE:_____
JAILERS SIGNATURE

## BOOKING SHEET
## PAGE 4

Inmate Name _Dorsey, Joe M_     Date _4-9-01_     Time _1:40_

## HEALTH SCREENING FORM

1.  Have you ever had or been treated for: (mark box if answer is yes)

    ☐ a. Asthma                    ☐ g. Alcoholism

    ☐ b. Heart Trouble             ☐ h. Mental Illness

    ☐ c. Hypertension              ☐ i. Venereal Disease

    ☐ d. Diabetes                  ☐ j. Tuberculosis

    ☐ e. Epilepsy or Seizure       ☐ k. Ulcer

    ☐ f. Drug Addiction            ☐ l. Faintly of recent head injury

                                   ☐ m. Hepatitis

    If any response was yes, please explain and give date of last treatment _____
    _____
    _____
    _____
    _____

2.  Are you allergic to anything? _No_ _____ If yes, what? _____
    _____
    _____

3.  Have you ever been determined to be HIV positive? _No_ _____ If yes, when? _____
    _____

4.  Are you currently taking any prescription medication? _No_ _____ If yes, what? _____
    _____
    _____ For what? _____
    _____

5.  Does the inmate require a special diet prescribed by a physician? _No_ _____ If yes, what? _____
    _____
    _____ For what? _____
    _____

6.  Do you have any other medical or mental problem we should know about? _Yes_ ___ If yes, what? _Bladder_
    _Infection. Last treated last week of March._

## BOOKING SHEET
### PAGE 5

Inmate Name: _Doosey, Joe M_____     Date _4-9-01_  Time _1400_

1.   Check One:

_____ This inmate was cooperative in responding to the above quest.
and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused t
answer my questions concerning his medical history and/or potential for
suicide. Reason for inablilty: _____

_____

_____

_____

_____

2.  1 certify that I have today observe inmate _____
asked him/her the questions listed on the Covington County Jail's Bookin
Sheet, and accurately recorded my observation and his/her responses.


_____
Signature of Booking Officer

Date: _4-9-01_____

Time: _~~____~~ 1400_____

State of Alabama
United Judicial
System

# ORDER OF COMMITMENT TO JAIL
## OR RELEASE

IN THE MUNICIPAL COURT
OF ANDALUSIA

COVINGTON COUNTY
STATE OF ALABAMA

VS

JOE M. DORSEY

CASE NUMBER MC020041
TR010788  TR010787

DEFENDANT

TO THE JAILER OF THE COVINGTON COUNTY JAIL. YOU ARE ORDERED TO
RECEIVE INTO YOUR CUSTODY THE ABOVED NAMED DEFENDANT, CHARGED
WITH THE OFFENSE (S) OF: NO PROOF OF INS., DR. W/O OBTAINING, ALIAS

UNTIL HE/SHE IS LEGALLY DISCHARGED FROM YOUR CUSTODY BY THIS COURT.

REASON(S) FOR COMMITMENT: ORDERED TO SERVE 29 AYS  IN LIEU OF FINES IN
THE AMOUNT OF $440.00.

SENTENCE:   ORDERED TO SERVE 29 DAYS IN LIEU OF FINES IN THE AMOUNT OF
$440.00 MUST PAY FINES IN THIS AMOUNT OR MAKE A FINE AND COST BOND
APPROVED BY MAGISTRATE.

| DATE SENTENCED | JAIL CREDIT | DATE SENTENCE BEGINS |
|---|---|---|
| 02/04/02 | 8 DAYS | 02/04/02 17:00 HOURS |

DEFENDANT WILL BE REPONSIBLE FOR ANY OR ALL MEDICAL EXPENSES
INCURRED WHILE  INCARCERATED.

RELEASE DATE      03/05/02            TIME 17:00 AM HOURS.

IF FINES ARE NOT PAID, RELEASE DATE WILL BE :

ORDERED THIS  05TH  DAY OF  FEBRUARY 2002

*Janice Shakespeare*

MUNICIPAL COURT JUDGE/MAGISTRATE

1 COPY POLICE RECORDS      1 COPY COUNTY JAIL    1 COPY INMATE
1 COPY COURT

HIS FORM WILL BE FILLED OUT BY THE BOOKING OFFICER WHEN A PERSON
BOOKED IN

ST NAME: _Doe_  FIRST: _Joe_  MI: _M._

D YOU PUT PROPERTY IN PROPERTY ROOM _Y_

D YOU BOOK SUBJECT IN _Y_

D YOU LIST ALL CHARGES _Y_

D YOU LIST ALL PROPERTY _Y_

D YOU LIST ALL HOLDS ON INMATE _Y_

D YOU TAKE FINGERPRINTS _No - AFIS_

D YOU TAKE PHOTO _No - Broke 15-7_

D YOU ENTER THEIR MONEY IN SWANSON _N/A_

D SUBJECT GET A PHONE CALL _Y_

D YOU PUT SUBJECT ON DAILY JAIL LOOG _Y_

D YOU ADD SUBJECT ON 72 HOUR LIST _No_

OKING OFFICER _Ryan_

[ THIS FORM IN INMATES FILE      DATE: _1-27-2002_

FICER'S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING
1ATE

E RELEASED: _2-1-2002_

YOU CHECK ALL HOLDS ON SUBJECT _Y_

YOU RETURN ALL PROPERTY AND MONEY _Y_

~~YOU HAVE THE INMATE SIGN FOR PROPERTY~~ _Y_

YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY _R/o Per AFIS_

YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE
EASING _Y_

YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION _Y_

YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO
NOT HAVE ANY HOLDS ON THEM _Y_

EASING OFFICER: _Ryan_      DATE: _2-1-2002_

THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED

COPY
SERVE ON DEFENDAN⊓

IN THE JUVENILE COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| VS. | * |
| | * |
| JOE DORSEY, | * |
| | * |
| DEFENDANT. | * |

CASE NO.: JU-97-65

## ORDER OF ARREST

In this cause, the defendant was ordered to pay restitution of $450.00 at the rate of $50.00 per month, beginning April 15, 2002. In the event a payment was missed, the defendant was to appear in court on the first Tuesday of the following month at 2:00 P.M. to explain the reason, or else a warrant of arrest would issue.

The defendant has missed payments and has not appeared in court to explain the reason.

It is therefore, Ordered that the Sheriff of Covington County or other law enforcement officer forthwith arrest the above defendant and incarcerate him in the Covington County Jail. The Sheriff is to notify the Court within 72 hours of the defendant's arrest.

DONE and ORDERED this 24th day of June, 2002.

Frank L. McGuire, III
District Judge

Defendant's address:

209 Beasley Street
Andalusia, AL 36420

BM 11/29/82    SS# 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

FILED IN OFFICE

JUN 24 2002

CLERK

# COVINGTON COUNTY JAIL
# PRISONER PROPERTY LOG

PRISONER'S NAME: _Joe Dorsey_                    DATE: [  ] / [  ] /

| | | | | |
|---|---|---|---|---|
| Ammunition | Clothing  Blue Jeans | I.D. Cards | Necklace | Tie-Tack / Clip |
| Bear | Coat / Sweater | Jewelry | Neck Tie | Tobacco |
| Belt | Comb | Junk | Packages | Toilet Articles |
| Billfold | Credit Cards | Keys | Papers | Tools |
| Boots / Shoes | Driver License | Knife | Pen - Pencil | Watch |
| Books | Ear Rings | Liquor | Purse - Coins | Weapons |
| Boxes | Flashlight | Lighter | Purse-Ladies | Whiskey |
| Brief Case | Glasses | Luggage | Purse-Man | Wine |
| Camera | Gloves | Medicine | Radio-T.V. | |
| Candy | Groceries | Money Clip | Razor | |
| Check Book | Handbags | Musical Insturment | Rings | |
| Cigarettes | Hat / Cap | Nail Clippers | Suitcase | |
| | | | | Other Items: |
| | | | 1 Chapstick | |

## CURRENCY (BILLS)

| | | |
|---|---|---|
| $100.00 | Total | |
| $50.00 | Total | |
| $20.00 | Total | |
| $10.00 | Total | |
| $5.00 | Total | |
| $1.00 | Total | |
| TOTAL AMOUNT CURRENCY | | |
| TOTAL AMOUNT CHANGE | | |
| COMBINED TOTAL AMOUNT OF ALL CURRENCY, CHECKS AND CHANGE | | |

**CHECKS**

TOTAL AMOUNT OF ALL CHECKS

I certify that the above is a correct list of items removed from my *POSSESSION* at the time I was placed in Jail.

PRISONERS SIGNATURE X _Joe M Dorsey_

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this

11 th day of _August_  _2002_ at _13:00_  ☐ AM ☑ PM.

SIGNATURE OF RECEIVING OFFICER X _D Nelson_

I have received all of the above listed property (minus any property previously released as is indicated on this receipt) on the

2 0 day of _Aug_  _2002_ at _9:40_ ☑ AM ☐ PM.

PRISONER'S SIGNATURE X _Joe M Dorsey_

PRISONER PROPERTY SEIZED AS EVIDENCE? ☐ YES ☐ NO  IF YES, SEIZED BY:

DESCRIBE PROPERTY:

RELEASED ITEMS:                    DATE: [  ] / [  ] / [  ]   TIME: [  ] : [  ]  ☐ AM ☐ PM

RELEASING OFFICER:                               AGENCY:

RECEIVING OFFICER:                               AGENCY:

Box #13
B-Block

## PRISONER'S JAIL REPORT

SSN# 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

BOOKING OFFICER D Nelson

NAME: Dorsey, Joe

DATE 8-11-02 TIME 13:00

ALIAS

ADDRESS 763 South Cotton St.

AGE 19 RACE B SEX M EYES Bro HAIR Blk

HGT 600 WGT 172 DOB: 11-29-82

PLACE OF BIRTH Cov. Co.

SCARS/MARKS

ARRESTING OFFICERS: Holmes / CCSO

AGENCY: CCSO

OFFENSE: FTA - FTP

STATUS: NEXT OF KIN: Marlon Crockton

PHONE NUMBER 427-3158

SENTENCE BEGINS:

ENDS:

HOLDS:

BEHAVIOR

HOW RELEASED R/O Per Judge

DATE: 8/20/02 TIME: 9:40Am

RELEASING OFFICER: D. Adun

REMARKS R/O Per Judge

```
================================================================================
Print Screen for: DORSEY, JOE                              8/11/2002   13:13
                                                     Booked By: D.NELSON
================================================================================
Last     : DORSEY          First: JOE          MI:            SSN: 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
Prop.Loc.: #13                    Currently In/Out: I     IMOD$:       $0.00
Address  : 713 SOUTH COTTON STREET  ANDALUSIA           Cell: B-BLOCK
Alias    :                       DOB: 11/29/1982   Age: 19    Sex: M
Height   : 600      Weight: 172   Eyes: BRO   Hair: BLK    Race: B
Scars    :                Marks:                Complexion: DRK
Tatoos   :                                     BirthLOC: COVINGTON CO
NextOfKin: MARION CROCKTON       Ph: 427-3158
Arrested : 8/11/2002 @ 13:00  Loc: ANDALUSIA
Mis/Fel  : M  BillTo: CC   COV. COUNTY   ArrestOfficer: HOLMES        '
Charges  : FTP/FTA
Charges2 :
Convicted:   /  /    Sentence:              AwaitTrial: N
72HR Req?: N  72HR Due:   /  /       72HR Actual:   /  /
Release  :
Rel.Type :               ReleaseDate:   /  /    @   :      AIS:
Bond     : NO BOND                         DutyOfficer:
Holds    :
Notes    :
================================================================================
Seq:      9,001
```

THIS FORM WILL BE FILLED OUT BY THE BOOKING OFFICER WHEN A PERSON IS BOOKED IN

LAST NAME: _Dorsey_    FIRST: _Joe_    MI: _____

DID YOU PUT PROPERTY IN PROPERTY ROOM _____

DID YOU BOOK SUBJECT IN ____

DID YOU LIST ALL CHARGES ____

DID YOU LIST ALL PROPERTY ____

DID YOU LIST ALL HOLDS ON INMATE ____

DID YOU TAKE FINGERPRINTS _N_

DID YOU TAKE PHOTO ____

DID YOU ENTER THEIR MONEY IN SWANSON _N_

DID SUBJECT GET A PHONE CALL _N_

DID YOU PUT SUBJECT ON DAILY JAIL LOOG ____

DID YOU ADD SUBJECT ON 72 HOUR LIST ____

BOOKING OFFICER _D Nelson_

PUT THIS FORM IN INMATES FILE            DATE: _8-11-02_

OFFICER'S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE

DATE RELEASED: _8/20/02_

DID YOU CHECK ALL HOLDS ON SUBJECT ____

DID YOU RETURN ALL PROPERTY AND MONEY ____

DID YOU HAVE THE INMATE SIGN FOR PROPERTY ____

DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY ____

ARE YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING ____

DID YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION ____

ARE YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO NOT HAVE ANY HOLDS ON THEM ____

RELEASING OFFICER: _____    DATE: _8/20/02_

PUT THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED

```
==============================================================================
Print Screen for: DORSEY, JOE                              8/20/2002    9:35
                                                   Booked By: D.NELSON
==============================================================================
Last     : DORSEY       First: JOE          MI:              SSN: 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
Prop.Loc.: #13                      Currently In/Out: O    IMOD$:     $0.00
Address  : 713 SOUTH COTTON STREET  ANDALUSIA             Cell: B-BLOCK
Alias    :                               DOB: 11/29/1982   Age: 19   Sex: M
Height   : 600        Weight: 172   Eyes: BRO   Hair: BLK      Race: B
Scars    :                     Marks:                 Complexion: DRK
Tatoos   :                                          BirthLOC: COVINGTON CO
NextOfKin: MARION CROCKTON       Ph: 427-3158
Arrested : 8/11/2002 @ 13:00  Loc: ANDALUSIA
Mis/Fel  : M  BillTo: CC   COV. COUNTY   ArrestOfficer: HOLMES
Charges  : FTP/FTA
Charges2 :
Convicted:   /  /     Sentence:              AwaitTrial: N
72HR Req?: N  72HR Due:   /  /      72HR Actual:   /  /
Release  : R/O PER JUDGE
Rel.Type : R/O PER JUDGE          ReleaseDate: 8/20/2002 @ 9:34    AIS:
Bond     : NO BOND                         DutyOfficer: H. THOMAS
Holds    :
Notes    : RELEASED PER JUDGE ORDER
==============================================================================
Seq:      9,001
```

| Covington County Sheriff<br><br>Printed: Tue Oct 01,2002 | **INMATE SUMMARY**<br><br>**JOE DORSEY (S421137359)** | Booking Number<br>**200000396**<br>Booking Date<br>**OCTOBER 1st, 2002** |
|---|---|---|

| Section<br>**HOLDING** | Block | Cell | Bed | Social Security Number<br>**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** | Alias<br>**HALF DEAD** | Est Releasa Date |
|---|---|---|---|---|---|---|

**Address**    **607 AUBURN ST.**
**ANDALUSIA  AL**      Home Telephone

| Sex<br>**M** | Date of Birth<br>**1982-11-29** | Age<br>**19** | Height<br>**6'  00"** | Weight<br>**172** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

Next of Kin    **MARION J CROCKTON**
**209 BEASLY AVE.   ANDALUSIA  AL   36420**    NOK Telelphone **(334) 427-3158**

| Charge(s)<br>**FTA - JUVENILE COURT** | Bond | Arresting Officer<br>**02320  WILSON, BLAINE** |
|---|---|---|

| Jailor<br>**CJ018  WILKERSON, TONY** | Release Date<br>**2002-10-01** | Time<br>**16:30** | Releasing Officer<br>**CJ001  THOMAS, HAYWARD** |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor | Medications |
|---|---|---|
| | Special Diet | Drug Allergies |
| | Other | |

## PROPERTY

| RECEIVED | CIGARET LIGTER |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Covington County Sheriff<br><br>Printed: Tue Oct 01,2002 | **INMATE SUMMARY**<br><br>**JOE DORSEY (S421137359)** | Booking Number<br>**200000396**<br>Booking Date<br>**OCTOBER 1st, 2002** |
|---|---|---|

| Section | Block | Cell<br>**H** | Bed | Social Security Number<br>**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** | Alias<br>**HALF DEAD** | Est Release Date |
|---|---|---|---|---|---|---|

Address  **607 AUBURN ST.**
**ANDALUSIA  AL**                                          Home Telephone

| Sex<br>**M** | Date of Birth<br>**1982-11-29** | Age<br>**19** | Height<br>**6'  00"** | Weight<br>**172** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

Next of Kin  **MARION J CROCKTON**
**209 BEASLY AVE.    ANDALUSIA  AL   36420**          NOK Telelphone
**(334) 427-3158**

| Charge(s)<br>**FTA - JUVENILE COURT** | Bond | Arresting Officer<br>**02320  WILSON, BLAINE** |
|---|---|---|

| Jailor<br>**CJ018  WILKERSON, TONY** | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|---|

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|

| NOTES | Doctor | Medications |
|---|---|---|
| | Special Diet | Drug Allergies |
| | Other | |

## PROPERTY

| RECEIVED | **CIGARET LIGTER** |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

DORSEY , JOE M.
DOB:11-29-82
SSN: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
DATE OF ARREST:10-1-02



| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number **200000396** |
|---|---|---|
| Printed: Tue Oct 01,2002 | **JOE DORSEY (S421137359)** | Booking Date **OCTOBER 1st, 2002** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | **CIGARET LIGTER** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Notes**

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature X _Joe M Dorsey_    Date: _10-1-02_    Time: _0245_

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____    Date: _10-1-02_    Time: _0245_

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____

| Covington County Sheriff<br><br>Printed: Tue Oct 01,2002 | **MEDICAL SCREENING FORM**<br><br>**JOE DORSEY (S421137359)** | **Booking Number**<br>**200000396**<br>**Booking Date**<br>**OCTOBER 1st, 2002** |

## ADMISSION OBSERVATIONS

| Is inmate conscious? | **(Y)** N | Is inmate capable of responding? | **(Y)** N | Can inmate walk on own? | **(Y)** N |
|---|---|---|---|---|---|
| Any difficulty breathing? | Y **(N)** | Is inmate hostile/aggressive? | Y **(N)** | Any visible signs of trauma, bleeding, wounds or illness? | Y **(N)** |
| Did arrest result in injury? | Y **(N)** | Any fever, swollen lymph nodes, or jaundice? | Y **(N)** | Is skin in good condition and free of vermin? | **(Y)** N |
| Is inmate under obvious influence of alcohol? | Y **(N)** | Is inmate under obvious influence of drugs? | Y **(N)** | Any visible signs of alcohol or drug withdrawal symptons? | Y **(N)** |
| Does inmate suggest risk of suicide? | Y **(N)** | Do you consider inmate an escape risk? | Y **(N)** | | |

Observations

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **(N)** | Heart Disease | Y **(N)** | Mental/Emotional Upset | Y **(N)** |
| Tuberculosis | Y **(N)** | Hypertension | Y **(N)** | Attempted Suicide | Y **(N)** |
| Sexually Transmitted Disease | Y **(N)** | Epilepsy/Convulsions | Y **(N)** | Asthma/Emphysema | Y **(N)** |
| Ulcers | Y **(N)** | Hemophiliac (bleeder) | Y **(N)** | Cancer | Y **(N)** |
| Kidney Trouble | Y **(N)** | Aids/Exposed to Aids | Y **(N)** | Diabetes | Y **(N)** |
| DT's | Y **(N)** | Skin Problems | Y **(N)** | Use Insulin | Y **(N)** |
| Drug Addiction | Y **(N)** | Alcholism | Y **(N)** | Mental Illness | Y **(N)** |
| Recent Head Injury | Y **(N)** | Coughed/Passed Blood | Y **(N)** | Recent Hospital Patient | Y **(N)** |
| Recent Treatment | Y **(N)** | Use Needles | Y **(N)** | False Limbs/Teeth | Y **(N)** |
| Contagious Disease | Y **(N)** | Pregnant/Recent Delivery | Y **(N)** | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
    **CJ018  WILKERSON, TONY**

| Covington County Sheriff | **MEDICAL ADVISORY FORM** | | | | Booking Number |
|---|---|---|---|---|---|
| | | | | | **200000396** |
| Printed: Tue Oct 01,2002 | **JOE DORSEY (S421137359)** | | | | Booking Date |
| | | | | | **OCTOBER 1st, 2002** |

| Medication | Dosage | Doses/Day | Ending Date | Medication Times | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Covington County Sheriff | **PROPERTY ISSUANCE LOG** | Booking Number |
|---|---|---|
| Date Issued: | | **200000396** |
| Printed: Tue Oct 01,2002 | **JOE DORSEY (S421137359)** | Booking Date |
| | | **OCTOBER 1st, 2002** |

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance.  If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

All property issued has been returned in same condition issued.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

## PRISONER'S JAIL REPORT

SSN# _421-13-:359_

BOOKING OFFICER _____

NAME: _JOE Mitchell DORSEY_

DATE _10-1-02_     TIME _0150_

ALIAS _HALF DEAD_

ADDRESS _607 AuBurN St. ANDALusiA_

AGE _19_  RACE _B_ SEX _M_ EYES _Bro_     HAIR _Blk_

HGT _6'0"_ WGT _164_ DOB: _11/29/82_

PLACE OF BIRTH _ANDY Hospital_

SCARS/MARKS _Tattoos  Both Arms, Back, stumch_

ARRESTING OFFICERS: _Wilson - 2320 / 2312_

AGENCY: _CCSO_

OFFENSE: _FTA  Juvenile Court_

STATUS: _Held_     NEXT OF KIN: _Marion J. Crockton (mother,_

PHONE NUMBER _____

SENTENCE BEGINS: _____

ENDS: _____

HOLDS: _____

BEHAVIOR _____

HOW RELEASED _____

DATE: _____ TIME: _____

RELEASING OFFICER: _____

REMARKS _Place on 72 Hr. Hearing_

# INMATE PROPERTY LOG

| Covington County Sheriff | | Booking Number |
|---|---|---|
| | | **200000404** |
| Printed: Wed Oct 02, 2002 | | Booking Date |

## JOE MITCHELL DORSEY (S421137359)

Booking Date: **OCTOBER 2nd, 2002**

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | **BROWN BELT** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _(signature)_ Date: 10-02-02 Time: 0300

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _(signature)_ Date: 10-02-02 Time: 0300

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| Covington County Sheriff | | INMATE TELEPHONE LOG | | | Booking Number 200000404 | |
|---|---|---|---|---|---|---|
| Printed: Wed Oct 02, 2002 | | JOE MITCHELL DORSEY (S421137359) | | | Booking Date OCTOBER 2nd, 2002 | |

| Date of Call | Time | Telephone Number | Completed? | Officer | | |
|---|---|---|---|---|---|---|
| 2002-10-02 | 03:20 | (334) 427-3158 | Y | CJ011   JOSEY, AMOS | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

PRISONER'S JAIL REPORT

SSN# 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
BOOKING OFFICER N. Dorsey
NAME: Dorsey, Joe Mitchell
DATE 10-02-2002   TIME 0250
ALIAS _____
ADDRESS 607 Auburn Ave Andalusia, Al 36420
AGE 19   RACE B   SEX M   EYES Bro   HAIR Blk
HGT 6⁰⁰   WGT 164   DOB: 11-29-1982
PLACE OF BIRTH Andalusia
SCARS/MARKS (R) Forearm, (L) arm, Back
ARRESTING OFFICERS: M. Odom 803
AGENCY: CCSO / DTF
OFFENSE: Poss Cont Substance / Poss Drug Para
STATUS: single   NEXT OF KIN: Elizabeth Dorsey (grandmother)
PHONE NUMBER (334) 422-3158
SENTENCE BEGINS: _____
ENDS: _____
HOLDS: _____
BEHAVIOR _____
HOW RELEASED _____
DATE: _____ TIME: _____
RELEASING OFFICER: _____

REMARKS Bond: PDCS - $10,000   total $13,000
                      PDP - $3,000

# INMATE DATA

Covington County Sheriff

Printed: Wed Oct 02,2002

## JOE MITCHELL DORSEY (S421137359)

**Booking Number**
**200000404**

**Booking Date**
**OCTOBER 2nd, 2002**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| **HOLDING** | | | | **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** | **HALF DEAD** | |

| Address | | Home Telephone |
|---|---|---|
| **607 AUBURN ST.** **ANDALUSIA AL 36420** | | **(334) 427-3158** |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1982-11-29** | **19** | **6' 00"** | **164** | **BLACK** | **BROWN** | **BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| **ELIZABETH DORSEY-GRANDMOTHER** **SAME AS JOE** | **(334) 427-3158** |

| Charge(s) | Bond |
|---|---|
| **POCS** **PODP** | **10,000.00  3,000.00** |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJ011  JOSEY, AMOS** | **CJ011  JOSEY, AMOS** | **CJ011  JOSEY, AMOS** |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| **ARREST** | **Y** | **Y** |

| Arrest Case Number | DNA Sample By |
|---|---|
| **BOX#36** | |

| Agency Arrested For | Arresting Officer |
|---|---|
| **COV. COUNTY** | **00803  ODOM, MARK** |

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

# INMATE SUMMARY
## JOE MITCHELL DORSEY (S421137359)

Printed: Wed Oct 02, 2002

**Booking Number** 200000404

**Booking Date** OCTOBER 2nd, 2002

| Section HOLDING | Block | Cell | Bed | Social Security Number 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 | Alias HALF DEAD | | Est Release Date |
|---|---|---|---|---|---|---|---|

Address: **607 AUBURN ST. ANDALUSIA AL 36420**

Home Telephone **(334) 427-3158**

| Sex M | Date of Birth 1982-11-29 | Age 19 | Height 6' 00" | Weight 164 | Race BLACK | Eyes BROWN | Hair BLACK |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|

Next of Kin: **ELIZABETH DORSEY-GRANDMOTHER SAME AS JOE**

NOK Telelphone **(334) 427-3158**

Charge(s): **POCS / PODP**

Bond: **10,000.00 / 3,000.00**

Arresting Officer: **00803 ODOM, MARK**

Jailor: **CJ011 JOSEY, AMOS**

Release Date | Time | Releasing Officer

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | | |
|---|---|---|---|---|---|---|---|---|

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|

| NOTES | Doctor | Medications |
|---|---|---|
| | Special Diet | Drug Allergies |
| | Other | |

## PROPERTY

| RECEIVED | BROWN BELT |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002-10-02 | 03:20 | (334) 427-3158 | Y | | | | | | | | |

Case 2:05-cv-01239-MEF-CSC    Document 12-2    Filed 02/22/2006    Page 46 of 52

# INMATE DATA

## JOE MITCHELL DORSEY (S421137359)

Covington County Sheriff

Printed: Wed Oct 02,2002

**Booking Number**
200000404

**Booking Date**
OCTOBER 2nd, 2002

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| B-BLOCK | | | | 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 | HALF DEAD | |

| Address | Homr Telephone |
|---|---|
| 607 AUBURN ST. ANDALUSIA AL 36420 | (334) 427-3158 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1982-11-29 | 19 | 6' 00" | 164 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| ELIZABETH DORSEY-GRANDMOTHER SAME AS JOE | (334) 427-3158 |

| Charge(s) | Bond |
|---|---|
| POCS PODP | 10,000.00 3,000.00 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ011 JOSEY, AMOS | CJ011 JOSEY, AMOS | CJ011 JOSEY, AMOS |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | Y | Y |

| Arrest Case Number | DNA Sample By |
|---|---|
| BOX#36 | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | 00803 ODOM, MARK |

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| 2002-10-02 | 13:17 | CJ003 NELSON, DORENE |

Notes

PROPERTY BOND

| Covington County Sheriff | # INMATE PROPERTY LOG | Booking Number<br>**200003056** |
|---|---|---|
| Printed: Wed Sep 03,2003 | ## JOE MITCHELL DORSEY (S421137359) | Booking Date<br>**SEPTEMBER 3rd, 2003** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | OLD BLUE POLO STYLE | | |
| 1 | FADED BLK SHORTS | | |
| | SHIRT | | |
| 1 | PAIR OLD BLK TENNIS | | |
| 1 | BLK LTR LK BELT | | |
| | SHOES | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    SUBJECT HAS PROPERTY BOX #85

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| Covington County Sheriff<br><br>Printed: Wed Sep 03, 2003 | # MEDICAL SCREENING FORM<br><br>## JOE MITCHELL DORSEY (S421137359) | Booking Number<br>**200003056**<br>Booking Date<br>**SEPTEMBER 3rd, 2003** |
|---|---|---|

## ADMISSION OBSERVATIONS

| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
|---|---|---|---|---|---|
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

**SUBJECT WAS VERY COOPERATIVE AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y N | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE AT TIME OF INTAKE**

Drug Allergies
**NONE AT TIME OF INTAKE**

Descriptions
**SUBJECT STATES HE IS IN FAIR HEALTH**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
**CJ022  BARBER, LAMAR**

Case 2:05-cv-01239-MEF-CSC    Document 12-2    Filed 02/22/2006    Page 49 of 52

# INMATE DATA

| Covington County Sheriff | Booking Number |
|---|---|
| Printed: Wed Sep 03,2003 | **200003056** |

## JOE MITCHELL DORSEY (S421137359)

Booking Date
**SEPTEMBER 3rd, 2003**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| **B BLOCK** | | | | **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** | **HALF DEAD** | |

| Address | Home Telephone |
|---|---|
| **209 STALLWORTH ST** **ANDALUSIA AL 36420** | **(334) 427-3158** |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1982-11-29** | **20** | **6' 00"** | **164** | **BLACK** | **BROWN** | **BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| **MARION DORSEY** **ANDALUSIA AL 36420** | **(334) 427-3158** |

| Charge(s) | Bond |
|---|---|
| **PROBATION REVOCATION** | **NO BOND** |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJ022 BARBER, LAMAR** | **CJ022 BARBER, LAMAR** | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| **ARREST** | **Y** | |

| Arrest Case Number | DNA Sample By |
|---|---|
| **85** | |

| Agency Arrested For | Arresting Officer |
|---|---|
| **COV. COUNTY** | |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

**SUBJECT WAS ARRESTED FROM COURT THIS DATE**

SSN# 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

BOOKING OFFICER

NAME: Joe Mitchell Dorsey

DATE 8-3-2003  TIME 1150

ALIAS

ADDRESS 209 St Allworth St

AGE 20  RACE B  SEX M  EYES Bro  HAIR B/K

HGT 6'0  WGT 167  DOB: 11-29-82

PLACE OF BIRTH Andalusia, Al

SCARS/MARKS

ARRESTING OFFICERS: From court

AGENCY: Cov. Co

OFFENSE: Probation Revocation

STATUS:          NEXT OF KIN: Marion Dorsey

PHONE NUMBER (334) 427-3158

SENTENCE BEGINS:

ENDS:

HOLDS:

BEHAVIOR

HOW RELEASED

DATE:          TIME:

RELEASING OFFICER:

REMARKS

COPY Doc

STATE OF ALABAMA              )        IN THE CIRCUIT COURT OF

                             )        COVINGTON COUNTY, ALABAMA

VS.                           )

                             )        CRIMINAL DIVISION

                             )

JOE MITCHELL DORSEY,          )

        DEFENDANT.            )        CASE NO.  CC-2003-23

                             )

This cause coming on for hearing before the Court on the Defendant's application for probation and the Court having determined that said Defendant is not entitled to the benefit of probation and is of the opinion that said Defendant should be required to serve the sentence heretofore imposed upon him____.

It is therefore ORDERED AND ADJUDGED by the Court that said Defendant's application for probation be and the same is hereby denied.

It is further ORDERED AND ADJUDGED by the Court that the Sheriff of Covington County, Alabama, forthwith deliver said Defendant to the Alabama Department of Corrections and Institutions to serve the sentence heretofore imposed upon him____.

It is further ORDERED AND ADJUDGED by the Court that copies of this order be furnished to the District Attorney, 22nd Judicial Circuit of Alabama; to the Probation and Parole Officer of Covington County; to the Department of Corrections and Institutions; to Honorable Larry Grissett____, attorney for the Defendant and to the Defendant.

Done and Ordered this the ____ day of September____ 2003.

FILED IN OFFICE

ACR359

**ALABAMA JUDICIAL DATA CENTER**
**COVINGTON COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 2003 000023.00 01
CHARLES A. SHORT

| CIRCUIT COURT OF COVINGTON COUNTY | COURT ORI: 023015 J |
|---|---|

STATE OF ALABAMA        VS.
DORSEY JOE MITCHELL          ALIAS:
607 AUBURN AVENUE            ALIAS:
ANDALUSIA  AL  36420

DC NO: GJ 2002 400312.00
G J:    312-313
SSN:    421137359
SID:    000000000
AIS:

DOB: 11/29/1982    SEX: M   HT: 6 00    WT: 164   HAIR: BLK    EYE: BRO
RACE: (X)W ( ) B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 00/00/0000  ARREST DATE: 12/18/2002  ARREST ORI: 0230800

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| POSS/REC CONTR. SU | 13A-012-212 | 01 | C | GUILTY PLEA | 08/19/2003 |
| USE/POSS DRUG PARA | 13A-012-260(C) | 01 | A | NOL PRS/DA MOTION | 08/19/2003 |
| | | 00 | | | 00/00/0000 |

| JUDGE: CHARLES A. SHORT | PROSECUTOR: LOGGINS EUGENIA L |
|---|---|

PROBATION APPLIED      GRANTED    DATE      REARRESTED DATE   REVOKED   DATE
( )Y( )N  8-19-03  ( )Y( )N  9-4-03  ( )Y( )N  _____  ( )Y( )N  _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  04 00 000   00 00 000   04 00 000   00 00 026
            PROBATION  :  00 00 000              00 00 000
DATE SENTENCED: 08/19/2003   SENTENCE BEGINS: 09/04/2003

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIAR | RESTITUTION | $0.00 | $0.00 |
| DRUG | ATTORNEY FEE | $0.00 | $0.00 |
| | CRIME VICTIMS | $50.00 | $50.00 |
| | COST | $256.00 | $256.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $1160.00 | $1160.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $1466.00 | $1466.00 |

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST
( )Y( )N _____   ( )Y( )N _____  ( )Y( )N _____   ( )Y( )N _____

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

ROGER A POWELL

09/08/2003

OPERATOR: ROP
PREPARED: 09/08/2003