ACR359

## ALABAMA JUDICIAL DATA CENTER
## COVINGTON COUNTY
## TRANSCRIPT OF RECORD
## CONVICTION REPORT

CC 2003 000022.00 01
CHARLES A. SHORT

```
CIRCUIT COURT OF COVINGTON COUNTY          COURT ORI: 023015 J

STATE OF ALABAMA      VS.           DC NO: GJ 2002 400312.00
DORSEY JOE MITCHELL          ALIAS:      G J:   312-313
607 AUBURN AVENUE            ALIAS:      SSN:   421137359
ANDALUSIA  AL  36420                     SID:   000000000
                                         AIS:

DOB: 11/29/1982   SEX: M  HT: 6 00   WT: 164  HAIR: BLK   EYE: BRO
RACE: (X)W ( )B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 00/00/0000  ARREST DATE: 12/18/2002  ARREST ORI: 0230800

CHARGES @ CONV     CITES       CT CL COURT ACTION         CA DATE
POSS/REC CONTR. SU 13A-012-212  01 C  GUILTY PLEA        08/19/2003
USE/POSS DRUG PARA 13A-012-260(C) 01 A  NOL PRS/DA MOTION  08/19/2003
                               00                       00/00/0000

JUDGE: CHARLES A. SHORT          PROSECUTOR: LOGGINS EUGENIA L

PROBATION APPLIED  GRANTED DATE    REARRESTED DATE  REVOKED  DATE
( )Y( )N  8-19-03  ( )Y( )N 9-4-03  ( )Y( )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT: 04 00 000  00 00 000  04 00 000  00 00 026
           PROBATION :  00 00 000  00 00 000  00 00 000
DATE SENTENCED: 08/19/2003   SENTENCE BEGINS: 09/04/2003

PROVISIONS           COSTS/RESTITUTION       DUE        ORDERED

 PENITENTIARY        RESTITUTION           $0.00         $0.00
 DRUG                ATTORNEY FEE          $0.00         $0.00
                     CRIME VICTIMS        $50.00        $50.00
                     COST               $256.00       $256.00
                     FINE                  $0.00         $0.00
                     MUNICIPAL FEES        $0.00         $0.00
                     DRUG FEES          $1160.00      $1160.00
                     ADDTL DEFENDANT       $0.00         $0.00
                     DA FEES               $0.00         $0.00
                     COLLECTION ACCT       $0.00         $0.00
                     JAIL FEES             $0.00         $0.00

                     TOTAL              $1466.00      $1466.00

APPEAL DATE      SUSPENDED      AFFIRMED        REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:              THIS IS TO CERTIFY THAT THE
                      ABOVE INFORMATION WAS EXTRACTED
                      FROM OFFICIAL COURT RECORDS
                      AND IS TRUE AND CORRECT.


                      ROGER A POWELL

                      09/08/2003
```

OPERATOR: ROP
PREPARED: 09/08/2003

# PROPERTY ISSUANCE LOG

Covington County Sheriff

Date Issued: Sep 12th 2003

Printed: Fri Sep 12, 2003

Booking Number

Booking Date

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

All property issued has been returned in same condition issued.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 02/27/2005

AIS#: 00231941     INMATE: DORSEY, JOE MITCHELL

INST: 223 - COVINGTON

DOB: 11/29/1952   SSN: 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

ADM DT: 09/04/2003 DEAD TIME: 000Y 00M 00D

ADM TYPE: NEW COMIT FROM CNT W/O REV DT        STATE: NEW COMIT

CURRENT CUSTD: STW-4    CURRENT CUST DT: 09/04/2003

SECURITY LEVEL: 40 CLASSIFICATION REVIEW EVERY

SERVING UNDER ACT#445 LAW IN CLASS III
INMATE IS EARNING 0 DAYS 20 DAYS - OR EACH 30 SERVED

COUNTY        SENT DT  CASE NO  CRIME
COVINGTON   02/05/03 NO492U023 POSS CONTROL SUBSTANCE
                              AND CONTROL SV
         COURT COSTS   : 50992055

 TOTAL TERM        MIN REL DT      GOOD TIME BAL
004Y 000 000      02/03/2005      000Y 003 050

INMATE LITERALS:

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANTS ON FILE.

ESCAPEE-PAROLEE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS.

     INMATE CURRENTLY HAS NO PROBATION RECORDS.

     INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.

DISCIPLINARY/CITATION SUMMARY

     INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS.

# PROPERTY RELEASE FORM

I _Joe Dorsey_ do herby give my permission for my property here at the Covington County Jail to be picked up by _Marion Crockton_. I understand that if it is not picked up within fourteen days from this date that it will be disposed of by the Covington County Jail.

_Joe M Dorsey_                          Inmate

Wittness _____

Date _10-10-03_____

_Marion J Crockton_     Property picked up by:

Date _10-18-03_____



| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | * | COVINGTON COUNTY, ALABAMA |
| VS. | * | CASE NO. CC-03-152, |
| LEON JAMAL MARSHALL, | * | CC-03-100, CC-03-122 |
| MARCUS DORSEY, | | |
| CARLOS FEAGIN, | * | FILED IN OFFICE |
| DEFENDANT. | * | OCT 1 7 2003 |

ORDER

It being made known to the Court that Joe N. Dorsey is an essential witness for the State of Alabama in the above styled case scheduled for Court for the week of October 27, 2003, in the main courtroom, Covington County Courthouse, Andalusia, Alabama; it is, therefore,

Ordered and Adjudged by the Court that the Sheriff of Covington County, Alabama, remove said witness on October 24, 2003, from the custody of the Department of Corrections of the State of Alabama, to appear as a witness in the Circuit Court of Covington County, Alabama, for the week of October 27, 2003.

It is further Ordered by the Court that copies of this order be furnished to the Department of Corrections of the State of Alabama, the Sheriff of Covington County, Alabama, the District Attorney, and the witness.

Done this 17th day of October, 2003.

CHARLES A. SHORT
CIRCUIT JUDGE



COPY

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | * | COVINGTON COUNTY, ALABAMA |
| VS. | * | CASE NO. CC-03-152, |
| | | CC-03-100, |
| LEON JAMAL MARSHALL, | * | CC-03-122 |
| MARCUS DORSEY, | | |
| CARLOS FEAGIN, | * | FILED IN OFFICE |
| DEFENDANT. | * | |

OCT 1 7 2003

### ORDER

It being made known to the Court that Joe N. Dorsey is an essential witness for the State of Alabama in the above styled case scheduled for Court for the week of October 27, 2003, in the main courtroom, Covington County Courthouse, Andalusia, Alabama; it is, therefore,

Ordered and Adjudged by the Court that the Sheriff of Covington County, Alabama, remove said witness on October 24, 2003, from the custody of the Department of Corrections of the State of Alabama, to appear as a witness in the Circuit Court of Covington County, Alabama, for the week of October 27, 2003.

It is further Ordered by the Court that copies of this order be furnished to the Department of Corrections of the State of Alabama, the Sheriff of Covington County, Alabama, the District Attorney, and the witness.

Done this 17 day of October, 2003.

CHARLES A. SHORT
CIRCUIT JUDGE



| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | * | COVINGTON COUNTY, ALABAMA |
| VS. | * | CASE NO. CC-03-152, |
| | | CC-03-100, |
| LEON JAMAL MARSHALL, | * | CC-03-122 |
| MARCUS DORSEY, | | |
| CARLOS FEAGIN, | * | FILED IN OFFICE |
| DEFENDANT. | * | OCT 1 7 2003 |

ORDER

It being made known to the Court that Joe CLERK Dorsey is an essential witness for the State of Alabama in the above styled case scheduled for Court for the week of October 27, 2003, in the main courtroom, Covington County Courthouse, Andalusia, Alabama; it is, therefore,

Ordered and Adjudged by the Court that the Sheriff of Covington County, Alabama, remove said witness on October 24, 2003, from the custody of the Department of Corrections of the State of Alabama, to appear as a witness in the Circuit Court of Covington County, Alabama, for the week of October 27, 2003.

It is further Ordered by the Court that copies of this order be furnished to the Department of Corrections of the State of Alabama, the Sheriff of Covington County, Alabama, the District Attorney, and the witness.

Done this 17 day of October, 2003.

CHARLES A. SHORT
CIRCUIT JUDGE

| Covington County Sheriff | **INMATE DATA** | Booking Number **200003436** |
|---|---|---|
| Printed: Wed Oct 29, 2003 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **OCTOBER 27th, 2003** |

| Section **D-BLOCK** | Block | Cell | Bed | Social Security Number **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** | Alias **HALF DEAD** | Est Release Date |
|---|---|---|---|---|---|---|

| Address **209 STALLWORTH ST ANDALUSIA AL 36420** | Home Telephone **(334) 427-3158** |
|---|---|

| Sex **M** | Date of Birth **1982-11-29** | Age **20** | Height **6' 00"** | Weight **164** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin **MARION CROCTON** | NOK Telephone |
|---|---|

| Charge(s) **BACK FOR COURT** | Bond **NO BOND** |
|---|---|

| Jailer **CJ002 NELSON, DORENE** | Photo Taken By | Fingerprinted By |
|---|---|---|

| Admission Type **TRANSPORT** | Phone Call **N** | NCIC Check |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For **STATE** | Arresting Officer |
|---|---|

| Agency Hold For **STATE** |
|---|

| Release Date **2003-10-29** | Release Time **10:15** | Release Officer **CJ002 NELSON, DORENE** |
|---|---|---|

Notes

**TRANSPORTED BY EUGENE
BACK TO DOC**

231041

# INMATE DATA

Covington County Sheriff

Printed: Mon Oct 27, 2003

## JOE MITCHELL DORSEY (S421137359)

Booking Number
**200003436**

Booking Date
**OCTOBER 27th, 2003**

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| **HOLDING** | | | | **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** | **HALF DEAD** | | |

Address
**209 STALLWORTH ST**
**ANDALUSIA AL 36420**

Home Telephone
**(334) 427-3158**

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1982-11-29** | **20** | **6' 00"** | **164** | **BLACK** | **BROWN** | **BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

Next of Kin  **MARION CROCTON**

NOK Telephone

| Charge(s) | Bond |
|---|---|
| **BACK FOR COURT** | **NO BOND** |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJ002  NELSON, DORENE** | | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| **TRANSPORT** | **N** | |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| **STATE** | |

Agency Hold For
**STATE**

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes
**TRANSPORTED BY EUGENE**



| Covington County Sheriff<br><br>Printed: Wed May 11,2005 | INMATE PROPERTY LOG<br><br>JOE MITCHELL DORSEY (S421137359) | Booking Number<br>200007803<br>Booking Date<br>MAY 11th, 2005 |
|---|---|---|

| Currency<br>**$10.00** | Change | Checks | Food Stamps | Total Received<br>**$10.00** |
|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | LIGHTER | | | |
| 1 | BOXERS | | | |
| 1 | CHECKED PANTS | | | |
| 1 | CELLPHONE | | | |
| 2 | BLK/SHOES | | | |
| 1 | WHT/TANK TOP | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes    PROPERTY IN BOX 114

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _Joe Dorsey_____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.
Inmate's Signature _Joe Dorsey_____ Date: _5-12-05_ Time: _1703_
Officers's Signature _J.D. Mills_____ Date: _5-12-05_ Time: _1703_

# PRISONER'S JAIL REPORT

S. S. N.# 4 2 1 - 1 3 - 7 3 5 9

BOOKING OFFICER: _____

NAME: Dorsey, Jie Mitchell

DATE: 0 5 / 1 1 / 0 5  TIME: 2200   AM  PM  (Mil)

ALIAS: _____

ADDRESS: 415 Fletcher Rd

AGE: 22  RACE: B  SEX: M  EYES: Bro  HAIR: Blk

HGT: 600  WGT: 165  D. O. B.: 1 1 / 2 9 / 8 2

PLACE OF BIRTH: Andalusia         Covington
                   (City)              (County)                    (State)

SCARS / MARKS: _____

ARRESTING OFFICER(S): Dixon, R

AGENCY: APD

OFFENSE: DV III    Halassmen

STATUS: _____ NEXT OF KIN: _____

PHONE NUMBER: ( 334 ) 222 - 3307

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: ☐☐ / ☐☐ / ☐☐  TIME: _____ AM  PM  Mil.

RELEASING OFFICER: _____

REMARKS: 12 Hour DV Hold
         $1000.00 Bond

# INMATE SUMMARY

## JOE MITCHELL DORSEY (S421137359)

| Covington County Sheriff | | Booking Number **200007803** |
| --- | --- | --- |
| Printed: Wed May 11,2005 | | Booking Date **MAY 11th, 2005** |

| Section **A-BLOCK** | Block | Cell | Bed | Social Security Number **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** | Alias **HALF DEAD** | | Est Release Date |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Address **209 STALLWORTH ST ANDALUSIA AL 36420** | | | | Home Telephone **(334) 222-3307** |
| --- | --- | --- | --- | --- |

| Sex **M** | Date of Birth **1982-11-29** | Age **22** | Height **6' 00"** | Weight **164** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Drivers License | | Class | Vehicle Tag | | Tag Year |
| --- | --- | --- | --- | --- | --- |

| Next of Kin **ELIZABETH DORSEY** | NOK Telephone **(334) 222-3307** |
| --- | --- |

| Charge(s) **DOMESTIC VIOLENCE III** | Bond **1,000.00** | Arresting Officer **A0123 DIXON, RAYMON** |
| --- | --- | --- |

| Jailor **CJ006 BLUE, BILL** | Release Date | Time | Releasing Officer |
| --- | --- | --- | --- |

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

| NOTES | Doctor **BONG** Special Diet **NO** Other **ULCERS** | Medications **NO** Drug Allergies **NO** |
| --- | --- | --- |

## PROPERTY

| RECEIVED | CURRENCY $10.00, LIGHTER, BOXERS, CHECKED PANTS, CELLPHONE, 2 BLK/SHOES, WHT/TANK TOP |
| --- | --- |
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Covington County Sheriff<br><br>Printed: Thu May 12,2005 | **INMATE DATA**<br><br>**JOE MITCHELL DORSEY (S421137359)** | Booking Number<br>**200007803** |
|---|---|---|
| | | Booking Date<br>**MAY 11th, 2005** |

| Section<br>**A-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias<br>**HALF DEAD** | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address    **209 STALLWORTH ST**<br>**ANDALUSIA AL 36420** | Phone Telephone<br>**(334) 222-3307** |
|---|---|

| Sex<br>**M** | Date of Birth<br>**1982-11-29** | Age<br>**22** | Height<br>**6' 00"** | Weight<br>**164** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|

| Next of Kin   **ELIZABETH DORSEY** | NOK Telelphone<br>**(334) 222-3307** |
|---|---|

| Charge(s)<br><br>**DOMESTIC VIOLENCE III** | Bond<br>**1,000.00** |
|---|---|

| Jailer<br>**CJ006  BLUE, BILL** | Photo Taken By<br>**CJ006  BLUE, BILL** | Fingerprinted By<br>**CJ006  BLUE, BILL** |
|---|---|---|

| Admission Type<br>**ARREST** | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number<br>**114** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**ANDALUSIA** | Arresting Officer<br>**A0123  DIXON, RAYMON** |
|---|---|

| Agency Hold For |
|---|

| Release Date<br>**2005-05-12** | Release Time<br>**16:56** | Release Officer<br>**CJ011  MILLER, BROOKE** |
|---|---|---|

Notes

**MUST STAY 12 HOURS**
**\*\*INMATE CLOSTRAFOBIC\*\* CJ025**
**\*\*INMATE MADE PHONE CALL ON 5/12/05 AT 1530. CJ025\*\***
**R/O APD**

# INMATE DATA

**Covington County Sheriff**

Printed: Mon Jul 18, 2005

## JOE MITCHELL DORSEY (S421137359)

| | | |
|---|---|---|
| Booking Number | **200008360** | |
| Booking Date | **JULY 18th, 2005** | |

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| **HOLDING** | | | | **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** | **HALF DEAD** | |

| Address | | Home Telephone |
|---|---|---|
| **209 STALLWORTH ST** **ANDALUSIA AL 36420** | | **(334) 222-3307** |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1982-11-29** | **22** | **6' 00"** | **164** | **BLACK** | **BROWN** | **BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| **ELIZABETH DORSEY** **209 STALWORTH ST    ANDALUSIA  AL  36420** | **(334) 222-3307** |

| Charge(s) | Bond |
|---|---|
| **DOM VIOLENCE** | **500.00** |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJ021  BURKETTE, RODNEY** | **CJ021  BURKETTE, RODNEY** | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| **ARREST** | **Y** | **N** |

| Arrest Case Number | DNA Sample By |
|---|---|
| **BAGWITHNAME** | |

| Agency Arrested For | Arresting Officer |
|---|---|
| **ANDALUSIA** | |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

| Andalusia Police Dept | **INMATE DATA** | Booking Number<br>200002168 |
|---|---|---|
| Printed: Mon Jul 18, 2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date<br>**JULY 18th, 2005** |

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| WAITING BD | | | | 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 | | | |

| Address | | | | | | | Home Telephone |
|---|---|---|---|---|---|---|---|
| **200 RIVER FALL STREET 4**<br>**ANDALUSIA AL 36420** | | | | | | | |

| Sex | Date of Birth | Age | Height | | Weight | | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| M | 1982-11-29 | 22 | 6' | 00" | | 164 | BLACK | BROWN | BLACK |

| Drivers License | | Class | | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|---|
| | | | | | | |

| Next of Kin | NOK Telephone |
|---|---|
| **ELIZABETH DORSEY**<br>**209 STALWORTH ST.    ANDALUSIA  AL  36420** | **(334) 222-3307** |

| Charge(s) | Bond |
|---|---|
| **DOMESTIC VIOLENCE 3RD** | 500 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| 00446  WOODS, JACKIE | 00446  WOODS, JACKIE | 00446  WOODS, JACKIE |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| | N | N |

| Arrest Case Number | DNA Sample By |
|---|---|
| 000016721 | |

| Agency Arrested For | Arresting Officer |
|---|---|
| | 00446  WOODS, JACKIE |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number **200008360** |
|---|---|---|
| Printed: Mon Jul 18, 2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **JULY 18th, 2005** |

### ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | (Y) N | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | Y (N) |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations  **INFLAMMATION OF LUNGS**

### INMATE QUESTIONNAIRE

#### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

    CJ021  BURKETTE, RODNEY

| Covington County Sheriff | **MEDICAL ADVISORY FORM** | Booking Number<br>**200008360** |
|---|---|---|
| Printed: Mon Jul 18,2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date<br>**JULY 18th, 2005** |

| Medication | Dosage | Doses/Day | Ending Date | Medication Times | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# PROPERTY ISSUANCE LOG

Covington County Sheriff
Date Issued:
Printed: Mon Jul 18, 2005

## JOE MITCHELL DORSEY (S421137359)

Booking Number
**200008360**

Booking Date
**JULY 18th, 2005**

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

All property issued has been returned in same condition issued.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| State of Alabama<br>Unified Judicial System<br>Form C-42  Rev 8/95 | ORDER OF RELEASE<br>FROM JAIL | Case Number<br>_MC 05-317_<br>_MC 05-318_ |
|---|---|---|

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

v. _Joe Mitchell Dansey_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense

of _FTA_

Reason for Release _Cash Bond_

Date _August 16 2005_    _Michelle Kennedy_    By: _____

COURT RECORD (Original)   JAILER (Copy)    Judge/Clerk/Officer _Magistrate_

| Covington County Sheriff<br><br>Printed: Tue Aug 16, 2005 | INMATE PROPERTY LOG<br>JOE MITCHELL DORSEY (S421137359) | Booking Number<br>200008598<br>Booking Date<br>AUGUST 16th, 2005 |
|---|---|---|

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | BLU SHORTS | | |
| 1 | GREY WIFE BEATER | | |
| 1 | PAIR OF SHOES | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    RED 147

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____    Date: _8-16-05_    Time: _1345_

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _Clifton Portwey_    Date: _8-16-05_    Time: _1345_

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.
Inmate's Signature _Joe Dorsey_    Date: _8-16-05_    Time: _____

Officers's Signature _____    Date: _____    Time: _____

| Andalusia Police Dept | **INMATE DATA** | | | | Booking Number |
|---|---|---|---|---|---|
| | | | | | 200002202 |
| Printed: Tue Aug 16,2005 | **JOE MITCHELL DORSEY (S421137359)** | | | | Booking Date |
| | | | | | AUGUST 16th, 2005 |

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| CITY INMAT | | | | 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 | | |

| Address | | Home Telephone |
|---|---|---|
| 200 RIVER FALLS ST APT 4 | | |
| ANDALUSIA AL 36420 | | (334) 222-3307 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1982-11-29 | 22 | 6' 00" | 164 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| AL F179606 | | | |

| Next of Kin | NOK Telephone |
|---|---|
| ELIZEBTH DORSEY | |
| ANDALUSIA AL 36420 | (334) 222-3307 |

| Charge(s) | Bond |
|---|---|
| FTA | 556.00 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| | 00314 STALLWORTH, TIM | 00314 STALLWORTH, TIM |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARRESTED | Y | |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| ANDALUSIA POLICE DEPARTMENT | 00314 STALLWORTH, TIM |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

| Covington County Sheriff | **INMATE DATA** | | Booking Number<br>**200008598** |
|---|---|---|---|
| Printed: Tue Aug 16,2005 | **JOE MITCHELL DORSEY (S421137359)** | | Booking Date<br>**AUGUST 16th, 2005** |

| Section<br>**A-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias<br>**HALF DEAD** | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address | **200 RIVER FALLS STREET**<br>**ANDALUSIA AL 36420** | | | | | Home Telephone<br>**(334) 222-3307** |
|---|---|---|---|---|---|---|

| Sex<br>**M** | Date of Birth<br>**1982-11-29** | Age<br>**22** | Height<br>**6' 00"** | Weight<br>**164** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|

| Next of Kin    **ELIZABETH DORSEY** | NOK Telelphone<br>**(334) 222-3307** |
|---|---|

| Charge(s)    **FTA** | Bond<br>**CASH BOND  $556.00** |
|---|---|

| Jailer<br>**CJ012  PORTREY, CLIFF** | Photo Taken By<br>**CJ012  PORTREY, CLIFF** | Fingerprinted By |
|---|---|---|

| Admission Type<br>**ARREST** | | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|---|

| Arrest Case Number<br>**RED 147** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**ANDALUSIA** | Arresting Officer<br>**A0127  STALLWORTH, TIM** |
|---|---|

| Agency Hold For | |
|---|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

| Covington County Sheriff<br><br>Printed: Tue Aug 16, 2005 | **MEDICAL SCREENING FORM**<br><br>**JOE MITCHELL DORSEY (S421137359)** | Booking Number<br>**200008598**<br>Booking Date<br>**AUGUST 16th, 2005** |

### ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **(Y)** N | Is inmate capable of responding? **(Y)** N | Can inmate walk on own? **(Y)** N |
| Any difficulty breathing? Y **(N)** | Is inmate hostile/aggressive? Y **(N)** | Any visible signs of trauma, bleeding, wounds or illness? Y **(N)** |
| Did arrest result in injury? Y **(N)** | Any fever, swollen lymph nodes, or jaundice? Y **(N)** | Is skin in good condition and free of vermin? **(Y)** N |
| Is inmate under obvious influence of alcohol? Y **(N)** | Is inmate under obvious influence of drugs? Y **(N)** | Any visible signs of alcohol or drug withdrawal symptons? Y **(N)** |
| Does inmate suggest risk of suicide? Y **(N)** | Do you consider inmate an escape risk? Y **(N)** | |

Observations  **INMATE FINE AT TIME OF INTAKE**

### INMATE QUESTIONNAIRE

#### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | |
|---|---|---|
| Hepatitis Y **(N)** | Heart Disease Y **(N)** | Mental/Emotional Upset Y **(N)** |
| Tuberculosis Y **(N)** | Hypertension Y **(N)** | Attempted Suicide Y **(N)** |
| Sexually Transmitted Disease Y **(N)** | Epilepsy/Convulsions Y **(N)** | Asthma/Emphysema Y **(N)** |
| Ulcers Y **(N)** | Hemophiliac (bleeder) Y **(N)** | Cancer Y **(N)** |
| Kidney Trouble Y **(N)** | Aids/Exposed to Aids Y **(N)** | Diabetes Y **(N)** |
| DT's Y **(N)** | Skin Problems Y **(N)** | Use Insulin Y **(N)** |
| Drug Addiction Y **(N)** | Alcholism Y **(N)** | Mental Illness Y **(N)** |
| Recent Head Injury Y **(N)** | Coughed/Passed Blood Y **(N)** | Recent Hospital Patient Y **(N)** |
| Recent Treatment Y **(N)** | Use Needles Y **(N)** | False Limbs/Teeth Y **(N)** |
| Contagious Disease Y **(N)** | Pregnant/Recent Delivery Y **(N)** | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE AWARE OF**

Descriptions
**INMATE APPEARS FINE AT TIME OF INTAKE**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
CJ012  PORTREY, CLIFF

Page 1

| Covington County Sheriff | **INMATE DATA** | Booking Number **200009012** |
|---|---|---|
| Printed: Thu Oct 13,2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **OCTOBER 11th, 2005** |

| Section **A-BLOCK** | Block | Cell | Bed | Social Security Number **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** | Alias **HALF DEAD** | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address **200 RIVER FALLS STREET ANDALUSIA AL 36420** | Home Telephone **(334) 222-3307** |
|---|---|

| Sex **M** | Date of Birth **1982-11-29** | Age **22** | Height **6' 00"** | Weight **164** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|

| Next of Kin | NOK Telelphone |
|---|---|

| Charge(s) **DMV III-$500.00** | Bond **TOTAL BOND  $500.00** |
|---|---|

| Jailer **CJ012 PORTREY, CLIFF** | Photo Taken By **CJ012 PORTREY, CLIFF** | Fingerprinted By |
|---|---|---|

| Admission Type **ARREST** | Phone Call **Y** | NCIC Check **N** |
|---|---|---|

| Arrest Case Number **110 RED** | DNA Sample By |
|---|---|

| Agency Arrested For **ANDALUSIA** | Arresting Officer **A0126  FINLEY, MIKE** |
|---|---|

| Agency Hold For |
|---|

| Release Date **2005-10-13** | Release Time **18:00** | Release Officer **CJ011  MILLER, BROOKE** |
|---|---|---|

Notes

**MANDATORY 12 HOUR STAY**
**R/O ANDALUSIA**

| Covington County Sheriff<br><br>Printed: Tue Oct 11,2005 | **INMATE PROPERTY LOG**<br><br>**JOE MITCHELL DORSEY (S421137359)** | Booking Number<br>**200009012**<br>Booking Date<br>**OCTOBER 11th, 2005** |
|---|---|---|

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | **BLUE PJ BOTTOMS** | | |
| 1 | **WHITE T-SHIRT** | | |
| 1 | **BRO SHOES** | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    **BAG WITH NAME**

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _Joe Dorsey_ Date: _10-13-05_ Time: _1800_

Officers's Signature _BMiller_ Date: _10-13-05_ Time: _1800_

| Covington County Sheriff | **INMATE DATA** | Booking Number **200009012** |
|---|---|---|
| Printed: Tue Oct 11, 2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **OCTOBER 11th, 2005** |

| Section **A-BLOCK** | Block | Cell | Bed | Social Security Number **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** | Alias **HALF DEAD** | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address | **200 RIVER FALLS STREET** **ANDALUSIA AL 36420** | Home Telephone **(334) 222-3307** |
|---|---|---|

| Sex **M** | Date of Birth **1982-11-29** | Age **22** | Height **6' 00"** | Weight **164** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin | NOK Telelphone |
|---|---|

| Charge(s) **DMV III-$500.00** | Bond **TOTAL BOND  $500.00** |
|---|---|

| Jailer **CJ012  PORTREY, CLIFF** | Photo Taken By **CJ012  PORTREY, CLIFF** | Fingerprinted By |
|---|---|---|

| Admission Type **ARREST** | Phone Call **Y** | NCIC Check **N** |
|---|---|---|

| Arrest Case Number ~~████~~ **110 Red** | DNA Sample By |
|---|---|

| Agency Arrested For **ANDALUSIA** | Arresting Officer **A0126  FINLEY, MIKE** |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes
**MANDATORY 12 HOUR STAY**

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number **200009012** |
|---|---|---|
| Printed: Tue Oct 11,2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **OCTOBER 11th, 2005** |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | (Y) N |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

**INMATE FINE OTHER THEN CUT ON RIGHT ARM BY WIFE, EMT CHECKED OUT AND CLEANED AND DRESSED WOUND**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y N | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE**

Descriptions
**FINE OTHER THEN PREVIOUSLY NOTED**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
**CJ012  PORTREY, CLIFF**

# CITY OF ANDALUSIA POLICE DEPARTMENT
# PRISONER'S JAIL REPORT

S.S.N.# 4 2 1 - 1 3 - 7 3 5 5

BOOKING OFFICER: M. Finley

NAME: Joe Dorsey

DATE: 1 0 / 1 1 / 0 5    TIME: 15:00    AM    PM    (Mil)

ALIAS: _____

ADDRESS: 200 Rosefell St. Andalusia

AGE: 22    RACE: B    SEX: M    EYES: Bro    HAIR: Blk

HGT: 6'2    WGT: 164    D.O.B.: 1 1 / 2 5 / 8 2

PLACE OF BIRTH: Andalusia    Covington    AL
                     (CITY)         (COUNTY)       (STATE)

SCARS / MARKS: _____

ARRESTING OFFICER(S): M. Finley

AGENCY: APD

OFFENSE: Domestic VIO III

STATUS: _____    NEXT OF KIN: _____

PHONE NUMBER: ( ___ ) ___ - ___

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: __ / __ / __    TIME: _____    AM    PM    Mil

RELEASING OFFICER: _____

REMARKS: 1751? OCA    Need Hearing    Cliff

| Covington County Sheriff | **INMATE DATA** | Booking Number **200009374** |
|---|---|---|
| Printed: Tue Dec 06,2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **DECEMBER 6th, 2005** |

| Section | Block | Cell | Bed | Social Security Number **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** | Alias **HALF DEAD** | Est Release Date |
|---|---|---|---|---|---|---|

| Address | **200 RIVER FALLS STREET** **ANDALUSIA AL 36420** | Home Telephone **(334) 222-3307** |
|---|---|---|

| Sex **M** | Date of Birth **1982-11-29** | Age **23** | Height **6' 00"** | Weight **164** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin **BANDON DORSEY** | NOK Telephone |
|---|---|

| Charge(s) **WARRANTS,FTA,DOMESTIC VIOLENCE** **CONTEMP OF COURT** | Bond |
|---|---|

| Jailer **CJ014  BUSH, JIMMIE** | Photo Taken By **CJ014  BUSH, JIMMIE** | Fingerprinted By |
|---|---|---|

| Admission Type **ARREST, WARRANTS** | Phone Call | NCIC Check **N** |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For **ANDALUSIA** | Arresting Officer **A0125  HAYDEN, MIKE** |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

**MUST SEE JUDGE**

# CITY OF ANDALUSIA POLICE DEPARTMENT
## PRISONER'S JAIL REPORT

S.S.N.# 4 2 1 - 1 3 - 7 3 5 9

BOOKING OFFICER: Hayden 113

NAME: Joe Mitchell Dorsey

DATE: 1 2 / 0 6 / 0 5   TIME: 20:15   AM   PM   (Mil)

ALIAS: _____

ADDRESS: 200 River Falls St. Apt. 4   Andalusia

AGE: 23   RACE: B   SEX: M   EYES: BRO   HAIR: BLK

HGT: 6'0"   WGT: 164   D.O.B.: 1 1 / 2 9 / 8 2

PLACE OF BIRTH: Andalusia
(CITY)          (COUNTY)          (STATE)

SCARS / MARKS: _____

ARRESTING OFFICER(S): Hayden 113

AGENCY: Andalusia Police Dept.

OFFENSE: Warrants   FTA, domestic violence, contempt of court

STATUS: _____   NEXT OF KIN: Brandon Dorsey

PHONE NUMBER: ( 334 ) 222 - 3307

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: Must see Judge on Contempt of Court

BEHAVIOR: _____

HOW RELEASED: _____

DATE: ☐☐ / ☐☐ / ☐☐   TIME: _____   AM   PM   Mil

RELEASING OFFICER: _____

REMARKS: _____

| Covington County Sheriff<br><br>Printed: Tue Dec 06,2005 | **MEDICAL SCREENING FORM**<br>**JOE MITCHELL DORSEY (S421137359)** | Booking Number<br>**200009374**<br>Booking Date<br>**DECEMBER 6th, 2005** |
|---|---|---|

### ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **(Y)** N | Is inmate capable of responding? **(Y)** N | Can inmate walk on own? **(Y)** N |
| Any difficulty breathing? Y **(N)** | Is inmate hostile/aggressive? Y **(N)** | Any visible signs of trauma, bleeding, wounds or illness? Y **(N)** |
| Did arrest result in injury? Y **(N)** | Any fever, swollen lymph nodes, or jaundice? Y **(N)** | Is skin in good condition and free of vermin? **(Y)** N |
| Is inmate under obvious influence of alcohol? Y **(N)** | Is inmate under obvious influence of drugs? Y **(N)** | Any visible signs of alcohol or drug withdrawal symptons? Y **(N)** |
| Does inmate suggest risk of suicide? Y **(N)** | Do you consider inmate an escape risk? Y **(N)** | ' |

Observations     **DEMANDED TO TALK TO SOMEONE IN CHARGE**

### INMATE QUESTIONNAIRE

**...OU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?**

| | | | | |
|---|---|---|---|---|
| | Heart Disease | Y N | Mental/Emotional Upset | Y N |
| | pertension | Y N | Attempted Suicide | Y N |
| | pilepsy/Convulsions | Y N | Asthma/Emphysema | Y N |
| | Hemophiliac (bleeder) | Y N | Cancer | Y N |
| | Aids/Exposed to Aids | Y N | Diabetes | Y N |
| | Skin Problems | Y N | Use Insulin | Y N |
| | Alcholism | Y N | Mental Illness | Y N |
| √ | Coughed/Passed Blood | Y N | Recent Hospital Patient | Y N |
| N | Use Needles | Y N | False Limbs/Teeth | Y N |
| N | Pregnant/Recent Delivery | Y N | | |

Doctor.

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

**DON'T WANT TO TALK**

CLAims He Swallow cocAine K. wise TooK Him to ER.

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
      **CJ014  BUSH, JIMMIE**

Court Record (original) (yellow Copy)
Date 10-13-05
Reason for Release
[illegible]
YOU ARE ordered to release your
TO THE JAILER WITH CUSTO[DY]
OF
IN THE MUNICIPAL COURT,
Form C-42  Rev 8/95
Unified Judicial System
State of Alabama

| Covington County Sheriff | **INMATE SUMMARY** | Booking Number **200009374** |
|---|---|---|
| Printed: Tue Dec 06,2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **DECEMBER 6th, 2005** |

| Section | Block | Cell | Bed | Social Security Number **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** | Alias **HALF DEAD** | Est Release Date |
|---|---|---|---|---|---|---|

Address **200 RIVER FALLS STREET ANDALUSIA AL 36420**

Home Telephone **(334) 222-3307**

| Sex **M** | Date of Birth **1982-11-29** | Age **23** | Height **6' 00"** | Weight **164** | Race **BLA** | Hair **BLACK** |
|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

Next of Kin **BANDON DORSEY**

Charge(s) **WARRANTS,FTA,DOMESTIC VIOLENCE CONTEMP OF COURT**    Bond

Jailor **CJ014 BUSH, JIMMIE**    Release Date    Time

## MEDICAL

**ADVISORY**

| Medication | Dosage | Doses/Day | Date Ends |
|---|---|---|---|
| | | | |

**DISPENSED**

| Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|
| | | | |

**TREATMENT**

| Date Treated | Time | Reason | Date Treated | Time | Re |
|---|---|---|---|---|---|
| | | | | | |

**NOTES**

Doctor ___    Medications ___

Special Diet ___    Drug Allergies ___

Other ___

## PROPERTY

**RECEIVED**  PULLOVER JACKET, BLUE DEMIN PANTS, RED SHIRT, WHITE TENNIS SHOES

**RETURNED**

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Covington County Sheriff<br><br>Printed: Tue Dec 06,2005 | **INMATE PROPERTY LOG**<br><br>**JOE MITCHELL DORSEY (S421137359)** | **Booking Number**<br>**200009374** |
|---|---|---|
| | | **Booking Date**<br>**DECEMBER 6th, 2005** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| | **PULLOVER JACKET** | | |
| | **BLUE DEMIN PANTS** | | |
| | **RED SHIRT** | | |
| | **WHITE TENNIS SHOES** | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| State of Alabama<br>Unified Judicial System<br>Form CR-41  Rev. 8/92 | **ORDER OF COMMITMENT TO JAIL** | Case Number<br>**MC05-0000447** |
|---|---|---|

IN THE _____**MUNICIPAL**_____ COURT OF _____**COVINGTON**_____ COUNTY

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF _____**ANDALUSIA**_____

v. ____**JOE MITCHELL DORSEY**_____ , Defendant

TO THE JAILER OF ___**COUNTY JAIL**_____

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of ____**DOMESTIC VIOLENCE III**_____

_____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: ___**SERVING 6 MONTHS FOR VIOLATION OF PROBATION ORDERED BY JUDGE MCCALMA**

___**TO BE SERVED IN THE COVINGTON COUNTY JAIL. (APD) DOMESTIC VIOLENCE ALREADY SERVING 15 DAYS**

___**RELEAESE DATE JUNE 23, 2006 AT APPROX  5:00 PM**

_____

Sentence: ___**6 MONTHS**_____

| Date Sentenced<br>**2005-12-12** | Jail Credit<br>**6 DAYS** | Date Sentence Begins<br>**2005-12-13** |
|---|---|---|

## IDENTIFICATION OF DEFENDANT

Name of Defendant<br>**JOE MITCHELL DORSEY**

Telephone Number

| Social Security Number<br>**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** | Date of Birth<br>**1982-11-29** | Age<br>**23** | Race<br>**BLACK** | Sex<br>**M** | Height<br>**6' 00"** |
|---|---|---|---|---|---|

| Weight<br>**184** | Hair<br>**BLACK** | Eyes<br>**BROWN** | Other |
|---|---|---|---|

| Address<br>**200 RIVER FALLS ST  APT 4** | City<br>**ANDALUSIA** | State<br>**AL** | Zip Code<br>**36420** |
|---|---|---|---|

Name of Employer

Employer's Telephone Number

| Address | City | State | Zip Code |
|---|---|---|---|

_Dec 13, 2005_
Date

_Jannice Shakespeare_
Judge/Clerk/Magistrate

COURT RECORD (Original)          JAILER (Copy)

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME **Joe Dorsey** BLOCK **A** DATE **1-9-06**

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET  ( ) GRIEVANCE  ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE

My family doesn't except collect calls
Could you please grant me a phone call
Please Sir. I would really appreciate it.

Thank you for your
Time and patience

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I will try to let you make a phone call this
week.

Case 2:05-cv-01239-MEF-CSC    Document 21-12    Filed 02/22/2006    Page 37 of 39

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Joe Dorsey_ _____ BLOCK _A_ DATE _1-30-06_

(✗) TELEPHONE CALL ( )CUSTODY CHANGE ( )PERSONAL PROBLEMS
( ) SPECIAL VISIT ( )TIMESHEET ( )GRIEVANCE ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST GRIEVANCE THEN PRESENT TO A C O

### IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (✗)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

_If you would please Grant me this phone_
_call so I could speak with my Grandmother shes_
_ill as I haven't talk to her in a couple of_
_week + the phone is collect call restricted_

_Thank you for your_
_time + patients_

SECTION BELOW THIS FOR JAILER ONLY

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

_I will try to let you make a phone call_
_this friday 2-4-06._

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME — Joe Dorsey            BLOCK A   DATE 1-31-06

( ) TELEPHONE CALL ( )CUSTODY CHANGE (X)PERSONAL PROBLEMS
( ) SPECIAL VISIT   ( )TIMESHEET      ( )GRIEVANCE        ( )OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

### IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( )SHERIFF (X)CHIEF JAILER ( )JAILER ( )RECORDS OFFICE ( )CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

If you have the time today could you please
come to talk to me. I think you could be
interested in.

SECTION BELOW THIS FILLED OUT BY OFFICE

( )APPROVED ( )DENIED ( )PAY PHONE ( )COLLECT ( )OTHER

I will see you tomorrow 2-1-06.

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME _Joe Dorsey_ BLOCK _A_ DATE _2-04-06_

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET (X) GRIEVANCE ( ) OTHER

### BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

### IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT
APPLICABLE.

Mr Jerry my back is still giving me trouble
so could you please try to do something
for me. I've wrote these request to the
nurse + no one will do anything.

SECTION BELOW THIS LINE FOR REP. CO ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

• I checked with the nurse and you have not
signed up on sick call. Sign up on sick call
and they will see you.