# EXHIBIT B
# Medical File

**Andalusia Regional Hospital**
849 South Three Notch Street
Andalusia, Alabama

DEA AC 9709897

DORSEY, JOE M
D00100996315 D000046995
M/23 11/29/82 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
HAMILTON, DUNSTON KIR

For

Address

Date

℞ [illegible handwriting]

LABEL YES NO

Reg. No.

REFILL DICT 1 2 3 4 5 11 TIMES P.R.N.

DISPENSE AS WRITTEN

PRODUCT SELECTION PERMITTED

NON-REP

AH 255 (Rev 8/98)

# MEDICATION ADMINISTRA[TION] RECORD

Released

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg. i PO BID | AM | — | — | — | — | — | — | — | — | — | — | — | — | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | PM | — | — | — | — | — | — | — | — | — | — | — | — | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

CHARTING FOR 5-1-05 THROUGH 5-31-05

Physician McWhorter

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number 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

Approved By Doctor:

By:

Title:

Date:

RESIDENT Dorsey, Joe Mitchell 11-24-82 F A

DOB Sex Patient Admission Date

REORDER FROM INTEGRAL SOLUTIONS GROUP 1-800-235-0367

FORM A

STOCK #

| Covington County Sheriff<br>Printed: Wed May 11,2005 | MEDICAL SCREENING FORM<br>JOE MITCHELL DORSEY (S421137359) | Booking Number 200007803<br>Booking Date MAY 11th, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| Question | Answer | Question | Answer | Question | Answer |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | (Y) N |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | Answer | Condition | Answer | Condition | Answer |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | (Y) N | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

**BONG ANDALUSIA**

Health Insurance

**NO**

Special Diet

**NO**

Prescriptions/Medications

**NO**

Drug Allergies

**NO**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature *Joe Dorsey* Date: ______ Time: ______

Officers's Signature *CJ006 Bill Blue* Date: *5-11-05* Time: *2310*

**CJ006 BLUE, BILL**

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, Inc.

| LAST NAME | FIRST NAME | MIDDLE | JAIL DATE | SCREENING DATE | TIME AM PM |
|---|---|---|---|---|---|
| DORSEY | Joe | Mitchell | 5-11-05 | 5-12-05 | |

Prison Pays 3 mos. ago

| | SEX | SOCIAL SECURITY NO. | DOB |
|---|---|---|---|
| | m | 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 | 11-29-82 |

PRESENT INSURANCE COVERAGE: N/A     CURRENTLY UNDER PHYSICIAN'S CARE FOR A CHRONIC CONDITION: N/A

## VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N

Is inmate unconscious or showing visible signs of illness, injury, (bleeding) pain, or other symptoms suggesting the need for immediate emergency medical referral?   **Y (N)**
_yes_   thorns

Are there any visible signs of fever, jaundice, skin lesions, rash, or infection, cuts, bruises, or minor injuries, needle marks, body vermin?   **Y (N)**
_yes_   Scratches from nails

Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior?   **Y (N)**
_yes_

Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol?   **Y (N)**

Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc.   **Y (N)**

## ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

Have you had or been treated for (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, (ulcers,) or other conditions?   **Y N**
cannot remember Dr. Name (did Endoscopy)

Have you taken or are you taking any medication(s) prescribed for you by a physician?   **(Y) N**
Zantac 150mg qd for ulcer

Are you allergic to any medications, foods, plants, etc.?   **Y N**
_yes_   NKA

Have you fainted or had a head injury within the last 72 hours?   **Y N**

Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable diseases?   **Y N**

Have you been hospitalized by a physician or psychiatrist within the last year?   **Y N**

Have you ever considered or attempted suicide?   **Y N**

| | | |
|---|---|---|
| | | **Y N** |
| | | **Y N** |

No   **Y N**

No   **Y N**

| | Last time? | |
|---|---|---|
| | How much? | |
| | Last time? | |
| | How much | |

| PULSE | RESP | Temperature | | BP |
|---|---|---|---|---|
| 20 | 68 | 99.6 | | 112/58 |

_Signatures / notations_

Joe Dorsey
Connie Dixon LPN

5-12-05
5-12-05

# PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|---|---|
| | Allergies: NKA DOB 11-29-82 |
| 5/12/05 | Seen in screening c/o abd. pain & states that he has been treated for ulcers since age 16 but in the last 2 yrs. has not required his Zantac. Inmate states, "But now my stomach is hurting & feels as though it is in knots & wants to know if he can get on something for his stomach. Zantac 150mg. PO BID V/O Dr. McWhorter / [illegible] LPN |
| | [signature] |

Doctor's Signature: ______

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| Dorsey, | Joe | Mitchell | McWhorter | | |

Covington County Sheriff

Printed: Tue Jul 19,2005

# MEDICAL SCREENING FORM

## JOE MITCHELL DORSEY (S421137359)

Booking Number 200008360

Booking Date JULY 18th, 2005

### ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
| Any difficulty breathing? | (Y) N | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | Y (N) |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations
INFLAMMATION OF LUNGS

### INMATE QUESTIONNAIRE

HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature ____________________ Date: __________ Time: ______

Officers's Signature ____________________ Date: __________ Time: ______

CJ021 BURKETTE, RODNEY

Southern Health Partners, Inc.
TB Consent Form

Loc:
Exp. Date #:
Results:

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from Jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: [signature] Date: 7-19-05

Witness: [signature] Date: 7/19/05

# MEDICAL STAFF RECEIVING CREENING FORM

Southern Health Partners

| LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE |
|---|---|---|---|---|
| DoCrey | Joe | M | 2/8/03 | 2/9/03 |

SEX: M

SOCIAL SECURITY NO: 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

CURRENTLY UNDER PHYSICIAN'S CARE FOR ANY CONDITIONS: No

## ISUAL MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N

| | YES | |
|---|---|---|
| Inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? | Y | N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection; cuts, bruises, or minor injuries, needle marks, body vermin? | Y | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? | Y | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? | Y | N |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. | Y | N |

## ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | | |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? | Y | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? | Y | N |
| Are you allergic to any medications, foods, plants, etc.? | Y | N |
| Have you fainted or had a head injury within the last 72 hours? | Y | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? | Y | N |
| Have you been hospitalized by a physician or psychiatrist within the last year? | Y | N |
| Have you ever considered or attempted suicide? | Y | N |
| Do you have a painful dental condition? | Y | N |
| Are you on a special diet not prescribed by a physician? | Y | N |
| Do you use any drugs? How often? Last time? | Y | N |
| Do you drink? How often? Last time? How much? | Y | N |
| Do you smoke/use alcohol? How often? Last time? How much? | Y | N |
| Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? | Y | N |

## NOTE VITAL SIGNS:

| Respiration: 5 | Pulse: 68 | Temperature: 97.6 | Blood Pressure: 127/87 |
|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? _____

ARE ALL STATED CHRONIC CONDITIONS NOTED: _____

NORPLANT IMPLANTED? Y OR N   ARM LOCATION: R OR L   IS H&P SCHEDULED FOR 14 DAYS ✓

I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication have been given written consent for prescribing services to be administered to me by and through Southern Health Partners, Inc.

SOUTHERN HEALTH PARTNERS

# TB SKIN TEST VERIFICATION FORM

N.I.A

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: Joe Dorsey Cell #: ______

SS# 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 DOB 11-29-82 Male or Female

Date of TB Skin test: 7/19/05 Done by Nurse: [signature]

Previous Positive: YES or NO (circled) Previous Therapy: YES or NO (circled)

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:**

Date TB Skin test was read: 7/21/05 Done by Nurse: [signature]

Number mm: 0 Referral for Chest X-ray: YES or NO If yes, Date of CXR: ______

Comments: ______

| Covington County Sheriff<br>Printed: Wed Dec 07,2005 | MEDICAL SCREENING FORM<br>JOE MITCHELL DORSEY (S421137359) | Booking Number 200009374<br>Booking Date DECEMBER 6th, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| Question | Answer | Question | Answer | Question | Answer |
|---|---|---|---|---|---|
| Is inmate conscious? | Y (circled) | Is inmate capable of responding? | Y (circled) | Can inmate walk on own? | Y (circled) |
| Any difficulty breathing? | N (circled) | Is inmate hostile/aggressive? | N (circled) | Any visible signs of trauma, bleeding, wounds or illness? | N (circled) |
| Did arrest result in injury? | N (circled) | Any fever, swollen lymph nodes, or jaundice? | N (circled) | Is skin in good condition and free of vermin? | Y (circled) |
| Is inmate under obvious influence of alcohol? | N (circled) | Is inmate under obvious influence of drugs? | N (circled) | Any visible signs of alcohol or drug withdrawal symptons? | N (circled) |
| Does inmate suggest risk of suicide? | N (circled) | Do you consider inmate an escape risk? | N (circled) | | |

Observations
**DEMANDED TO TALK TO SOMEONE IN CHARGE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | | Condition | | Condition | |
|---|---|---|---|---|---|
| Hepatitis | Y N | Heart Disease | Y N | Mental/Emotional Upset | Y N |
| Tuberculosis | Y N | Hypertension | Y N | Attempted Suicide | Y N |
| Sexually Transmitted Disease | Y N | Epilepsy/Convulsions | Y N | Asthma/Emphysema | Y N |
| Ulcers | Y N | Hemophiliac (bleeder) | Y N | Cancer | Y N |
| Kidney Trouble | Y N | Aids/Exposed to Aids | Y N | Diabetes | Y N |
| DT's | Y N | Skin Problems | Y N | Use Insulin | Y N |
| Drug Addiction | Y N | Alcholism | Y N | Mental Illness | Y N |
| Recent Head Injury | Y N | Coughed/Passed Blood | Y N | Recent Hospital Patient | Y N |
| Recent Treatment | Y N | Use Needles | Y N | False Limbs/Teeth | Y N |
| Contagious Disease | Y N | Pregnant/Recent Delivery | Y N | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions
**DON'T WANT TO TALK**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature ______________________ Date: ____________ Time: ________

Officers's Signature ______________________ Date: ____________ Time: ________
**CJ014 BUSH, JIMMIE**

Age/Sex: 23 M
Unit #: D000046995
Account#: D00100971678
Admitted: 12/06/05 at 2230

DORSEY,JOE M (ADM IN)
D.ICU-D.315-A
Smith,Joanne M
Andalusia Reg Hosp Patient Care

DISCHARGE INSTRUCTIONS

Discharge Instructions 12/07/05 1529 JLL

<<DISCHARGE INSTRUCTIONS>>

Discharge to: Home
Discharge Date: 12/07/05 Discharge Time: 1530
Home Diet Instructions: N
Diet: AS TOLERATED
Fluid Restrictions: N ML Per Day:
Weight Monitoring: N
Frequency:
Wound Care: N
At Home Instructions for the care of you:

Activity: N
Recommendations:

<<Discharge Med Instructions>>

| Medication | Dose | Route | Time |
|---|---|---|---|
| : NONE | | | |

<<Special Instructions>> N
: REPORT TO THE EMERGENCY ROOMS IF HAVING ANY DIFFICULTIES OR DISTRESS F/U c Dr. McWhorter for antidepressant therapy.

<<Follow Up>> N MD:
Appointment made for:
Call For Appointment:
MD:
Appointment made for:
Call For Appointment:

<<Referrals>>
Patient Choice Letter: N
Agency Or Facility Name:
Special Instructions/Contact Name:

Home Health: Start Date:
Home Health Notified of Discharge:
Name of Person Notified:
Home Health Agency to Follow For:
<<Pain Mangement>> N
Pain on Discharge: Pain Score:
If Yes, Pain Management Techniques:
If you have any questions about your discharge instructions or needs call:
~~CALL DR. SMITH 222-0184~~ Error

Patient Family Member

| Monogram | Initials | Name | Nurse Type |
|---|---|---|---|
| JLL | DNURJLL | LEWIS,JACLYN | RN |

SOUTHERN HEALTH PARTNERS

Confidential Work Product

# INPATIENT HOSPITALIZATION FAX FORM

THE FOLLOWING COMPLETED INFORMATION MUST BE FAXED TO THE CORPORATE OFFICE (423-553-5645) IMMEDIATELY FOLLOWING AN INMATE'S INPATIENT ADMISSION TO THE HOSPITAL. ANY UPDATED INFORMATION SHOULD BE COMPLETED AT A LATER DATE WITH THE ORIGINAL FORM BEING MAILED TO THE CORPORATE OFFICE.

**INMATE INFORMATION:**

Name: Joe Mitchell Dorsey Sex (M) or F DOB:

SS #: 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 Classification: ☐ City Inmate ☑ County Inmate ☐ State Inmate

Potential 3rd party reimbursement/insurance and/or other bill responsibility information:
*(Please note if SHP is NOT the responsible payor of the bill)*

Hospital Admit Date: 12/9/05 Hospital Name: Andalusia Regional Hospital

Hospital Phone #: 334-222-8466 Treating/Admitting Physicians Name:

Was Admission: ☑ Emergency Admission ☐ Planned Admission for Treatment

Anticipated Length of Hospital Stay:

Specific Reason(s) for Admission:

Anticipated Treatment:

Was SHP jail physician notified? Y or N Was Captain and/or Jail Administrator notified? Y or N

Nurse's Signature: Date:

Facility Name: State:

*Please re-fax the form with Patient's Discharge Date:* 12/?/05
*upon release from the hospital. Thank you.*

**PROGRESS NOTES**

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|---|---|---|---|---|
| [illegible] | Joe | McWhorter | | |

| Date | Notes Should Be Signed by Physician |
|---|---|
| [illegible] 1915 | Brought to jail from hosp. (swallowed bag of Cocaine) Unable [illegible] [illegible] on face. Uncooperative c officers. Clothes removed & placed in suicide watch. Sits c head down — will not speak to nurse. No information brought to medical re recent hosp. stay [illegible] |
| [illegible] | Called to jail to evaluate inmate. Officer states he has been hitting his head on the wall. Inmate found in 4 pt. restraint chair. Able to move all extremities. Straps [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] present but [illegible] depressed & suicidal [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] inmate allegedly hit his head repeated [illegible] top of head [illegible] [illegible] Superficial abrasion noted. Edema & [illegible] noted. Attempted to notify [illegible] to get inmate [illegible] [illegible] Will report to nurse to [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] but "quit taking it" [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] states "I'd rather be dead" [illegible] to nurse. [illegible] [illegible] [illegible] physical [illegible] of not being able to cope [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] |

MEDICATION ADMINISTRAT[illegible]N RECORD

| MEDICATIONS | HOUR |
|---|---|
| Celexa 20mg QD | A / P |
| Thorazine 50mg BID | A / P |
| IBU 800mg BID x 7 days | A / P |
| IBU 800mg BID X 10 days stopped 1/5 | A / P |

CHARTING FOR 12-8-05 THROUGH 12-31-05

Physician Mcwhorter

Alt. Physician

Allergies NKA

Telephone No.

Diagnosis

Rehabilitative Potential

Medicaid Number

Medicare Number SS# 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

Approved By Doctor

By

Title

Date

RESIDENT Nelson, Joel M

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, Inc.

| DURSEY | FIRST NAME: JOE | MIDDLE: M | INTAKE DATE: 8/16/05 | SCREENING DATE: 8/16/05 | TIME: 1440 |

PRESENT PHYSICAL CONDITIONS: YES

CURRENT STATE NAME COVERAGE: M    SOCIAL SECURITY NO: 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    YES 11-29-82

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION: N/A

## VISUAL / MEDICAL OBSERVATION: *(Explain all "Yes" Answers)* Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y | (N) |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection, cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | Y | (N) |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | (Y) | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y | (N) |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y | (N) |

## ASK THE INMATE THESE QUESTIONS: *(Explain all "Yes" answers)*

| | YES | NO |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: inflammation arthritis | Y | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: Valium 3x per week + 30 mg in past | Y | (N) |
| Are you allergic to any medications, foods, plants, etc.? If yes: | Y | (N) |
| Have you fainted or had a head injury within the last 72 hours? If yes: fell and went to wall | (Y) | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes: | Y | (N) |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: 12/6/05 | (Y) | N |
| Have you ever considered or attempted suicide? If yes: | Y | (N) |
| Do you have a painful dental condition? If yes: | Y | (N) |
| Are you on a specific diet prescribed by a physician? If yes: | Y | (N) |
| Do you use drugs? How often? Daily What kind? cocaine    Last time: ___ How much? 3 gm | (Y) | N |
| Do you use alcohol? How often? What kind?    Last time: ___ How much? | Y | (N) |
| Females: LMP Date: Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? If yes: | Y | N |

## NOTE VITAL SIGNS:

| Respiration | Pulse | Temperature: | Blood Pressure 128/92 |
|---|---|---|---|
| X | YY | | |

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? Yes

ARE ALL STATED CHRONIC CONDITIONS NOTED: N/A

PPD IMPLANTED? Y OR (N). ARM LOCATION: R OR L    IS H&P SCHEDULED FOR 14 DAYS: Yes

REMARKS: _____

*I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.*

Inmate's Signature: _____

Interviewer's Signature and Title: _____    Date _____

Date _____

Southern Health Partners

# MASTER PROBLEM LIST

For Use with Chronic Condition Patients. Chronic Conditions are classified as (but not limited to): Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV/AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis

Patient's Name (Last/First/Middle): Dawson, Joe

ID#: 42HB7359 DOB: 11/24/82 Sex: M Intake Date/s:

| Date Problem Identified/Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 12/5/05 | Mental | Health | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: 5/05 Allergies: NKDA

PPD Test Date: 7/19/05 PPD Results Date: 7/21/05 PPD Results: 0 mm

Facility Name: Covington Co. Jail

**PROGRESS NOTES**

NKA

Dorsey Joe — Attending Physician: McWhorter — H 421137359

| Date | Notes Should Be Signed by Physician |
| --- | --- |
| 12/8/05 Late entry 12/9/05 | Approx 2100 - CO called me @ home X2. 1st call relating that inmate c/o chest pain + banging head on wall. Also inmate requesting to go to ER. CO will call back c̄ blood pressure + HR of inmate approx. 20 mins. later - CO called + relates that inmate was sleeping soundly + breathing c̄ ease + will be kept in holding to monitor close. Instructed CO to call if any changes in inmate's condition to resp. status or further c/o chest pain — [signature] for NTA |
| 12/9/05 1000 | Inmate seen for medical screening. Relates that he quit going to MH + quit taking meds around 5 years ago. Expresses no suicidal tendencies or ideations. Spoke c̄ Dr. McWhorter + new orders received. — [signature] |



# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

[illegible]

hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information [illegible] may have acquired while attending me for a medical, dental or psychiatric problem to [illegible] who is the medical care provider of this Correctional Facility. Such information may include the following items:

[illegible] summary of [illegible] recent history [illegible]
[illegible] psychological diagnosis [illegible]
[illegible] discharge summary [illegible] hospitalization [illegible]
[illegible] treatment [illegible] services [illegible]
[illegible]

X Ray reports for 12 . 5

[illegible] understand my records are protected under State and/or federal privacy [illegible] outside party without my written consent unless otherwise provided [illegible] received will be kept within the patient's medical file within the correctional [illegible] and provision of health care services.

[illegible] responsibility and/or liability from the correctional facility for the [illegible] information to the medical unit to the extent indicated and authorized.

[illegible] requested documents [illegible]

[illegible] mailing address: [illegible]

Facility Name: Covington

Street Address: 390 Hillcrest Dr

City, State, Zip: Andalusia, Al — 334-428-2655

11-29-03

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 — 12-23-05

12/23/05

12/23/05

12/23/05

# Physician's Orders

Inmate Name: Dorsey, Jill M
SS#: 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
DOB: 11-29-82
Allergies: NKA

Covington County Jail

Date: 12-8-05
① Celexa 20mg QD ② Thorazine 50mg BID ③ IBU 800mg BID x 7 days
T.O. [illegible]

M.D. Sig:

Date: 12-25-05
① IBU 800mg BID x 7 days
[illegible]

M.D. Sig:

Date: 1/12/06
D/C Celexa & Thorazine I/M Non-Compliant. Ø Hx for 5 yrs. before incarceration
V.O. [illegible] / J. Cook

M.D. Sig:

Date:

Date:

M.D. Sig:

Date:

M.D. Sig:

Date:

M.D. Sig:

M.D. Sig:

**PROGRESS NOTES**

| Last Name | First Name | Attending Physician | Room No | Hosp. No |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | 421137357 |

| Date | Notes Should Be Signed by Physician |
|---|---|
| 12/26/05 | Late entry for 12/24/05 Approx 8:30 pm. Inmate observed by C.O.'s in [illegible] falling from stairs onto concrete floor. [illegible] C.O.'s [illegible] report that he was able to get up [illegible] assist but c/o [illegible] pain all over. They reported [illegible] open areas. Nurse was not called rather C.O.'s transferred to E.R. Inmate returned [illegible] for [illegible]. [illegible] pills [illegible] not get up for pill call. [illegible] |
| 1/4/06 | S – Injured lower back [illegible] falling down stairs. [illegible] [illegible] neurological problems |
| | O – Back [illegible] tenderness [illegible] mid lower back. [illegible] focal neurological problems or deficits |
| | A – Back Contusion |
| | P – Continue meds [illegible] |

# MEDICATION ADMINISTRATION RECORD

COVINGTON COUNTY JAIL
DORSEY, JOE
REPORT DATE : 01/06

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| CITALOPRAM HBR 20 MG TABL 12/08/06<br>CELEXA 20 MG TABLET<br>TAKE 1 TABLET ONCE DAILY.<br>Talked to Pharmacy | AM | D/C 1/10/06 Non-compliant pt. refused |
| CHLORPROMAZINE 50 MG TABL 12/08/06<br>THORAZINE 50 MG TABLET<br>TAKE 1 TABLET TWICE DAILY | AM<br>PM | D/C 1/10/06 Non-compliant pt. refused |
| IBU 800 mg i po Bid x 10 days | A<br>P | |
| Robaxin 750 mg i po Bid x 30 days | A<br>P | D/C 1/10/06 No pt. non-compliant |
| IBU 800 mg i po Bid x 30 days | A<br>P | D/C 1/10/06 No pt. non-compliant |

CHARTING FOR 01/01/06 THROUGH 01/31/06 PAGE 1 OF 1

Physician MCWHORTER
Alt. Physician MCWHORTER
Allergies NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis

Medicaid Number | Medicare Number
Approved By Doctor:
By:
Title:
Date:

RESIDENT DORSEY, JOE 11/29/1982 M J DORSJOE 00/00/00

REORDER FROM INTEGRAL SOLUTIONS GROUP




# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To: 4RH

[illegible] hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc., who is the medical care provider of this Correctional Facility. Such information may include the following items:

[illegible]mary of positive findings, most recent history, physical exam including [illegible] medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated [illegible] hospital discharge summary for any/all hospitalization(s); Laboratory and/or [illegible] report [illegible] any other medical/dental/psychiatric services I may have previously had [illegible] future treatment plans. Other Records: X-Rays

I understand my records are protected under state and/or federal privacy laws and cannot be released to any other outside party without my written consent unless otherwise provided for by state or federal law. [illegible] received will be kept within the patient's medical file within the correctional medical unit and [illegible] provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above [illegible] medical information to the medical unit to the extent indicated and authorized.

Please send requested documents [illegible] ATTN: MEDICAL UNIT/SOUTHERN HEALTH [illegible]

County Name: Cov. COUNTY JAIL

Street Address: 290 Hillcrest Dr

City/State/Zip: Andalusia, AL 36420 Fax 334-428-2855

Name: Joe Dorsey Date of Birth: 11/29/82

[illegible] Number: 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 Dates of Service(s): 12/26/05

Signature: Joe Dorsey Date: 1/4/06

Witness: W. Williams, LPN Date: 1/4/06

[illegible]

Faxed 1/4/05 DW

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 1/13/06 S.S.#: 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 ID#: ______

Inmate Name: Dorsey (Last) Joe (First) Mitchell (Middle) Date Booked: 12/6/05

Alias: Ø (Last) (First) (Middle) County: Cov. Co

Address: 200 River Falls St Apt 4 (Street) Andalusia (City) AL (State) 36420 (Zip)

Telephone: 334-222-3307 Birthdate: 11/29/82 Religion: Baptist

Education Completed: 10th grade Special Education: Ø

Marital Status: S (M) W D Separated Read/Write English: (YES) NO Other: ______

Previous Incarcerations: (Facility/Date) Cov. Co. - See Files

## MEDICAL HISTORY

Notify in Emergency: Quinita Dorsey (Name) Wife (Relationship)

Address: Same as above (Street) (City) (State) (Zip) Phone: ______

Health Insurance: Ø (Type of Insurance) (State) (Policy Number)

Family Physician: Ø (Name) (Street Address) (City) (State) (Zip) (Phone Number)

Past Hospitalizations (include surgeries): Ø

(Location) (Street Address) (City) (State) (Zip)

Head Injury with Loss of Consciousness: yes Last Tetanus: 2 days. Immunization: ______

Allergies: ______

Current Medication(s): Ø

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES (NO) If Yes, Why ______

Where: ______ (Location) (Street Address) (City) (State) (Zip) When: ______ (Date)

Psychotropic Meds (Specify type and last dose): Thorazine 3 days ago

Prior Counseling/Out-Patient Treatment for: Mental Health

Where: SCAMH (Location) Andalusia (Street Address) (City) (State) (Zip) When: ______ (Date)

Have you ever attempted suicide: No How: Ø When: ______ (Date)

Have you recently considered committing suicide? Ø

Do people consider you a violent person? Ø

Have you ever been arrested for a violent crime/sexual offense? (Specify) DV

Street drugs: Cocaine (Type-Quantity) 2x month (How Often) 8 mo (How Long) Smoker: yes Etoh: No

Inmate's Signature: ______

Interviewer's Signature: [signature] Date: 1/13/06

Witness (if physical is refused): ______ Date: 1/13/06

Date ______

Date:
Results:

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from Jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature:______________________ Date: 1/13/06

Witness: W. Williams LPN Date: 1/13/06

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | | ✓ | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | N/A | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | N/A | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

**EXAM:** Age 23 Sex M Race B Ht. 6' Wt. 160.5

Pulse 88 BP 118/70 Temp. 97.7 Resp. 18

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | OK | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | OK |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | OK | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | OK |
| Ears: Appearance, Canals, Hearing | | OK | Extremities: Pulses, Edema, Joints | | OK |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | OK | Abdomen: Shape, Palpation, Hernia, Bowel Sounds | | OK |
| Nose | | OK | Spine | | OK |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | | OK | Genital/Urinary System | | OK |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 1/15/06 DJS | 1/17/06 Neg. [illegible] |
| VDRL, RPR | 0 | |
| Other Lab Tests Needed: | 0 | |
| Pregnancy Test? | 0 | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | Ox3 |
| General appearance (motor behavior, mannerisms | | Calm/Coop |
| Affect (mood) | | |
| Content of thought, history of suicide, present thoughts of suicide | | 0 |

Physical Examiner's Signature: [signature] Date 1/15/06

Physician's Signature: [signature] Date 1/15/06



SOUTHERN
HEALTH
PARTNERS

# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: Joe Mitchell Dorsey Cell #: A

SS#: 421-[illegible]-7353 DOB: 11/29/82 (Male) or Female

RPA

Date of TB Skin test: 1/15/06 Done by Nurse: [signature]

Previous Positive: YES or (NO) Previous Therapy YES or NO

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION**

Date TB Skin test was read: 1/17/06 Done by Nurse: [signature]

Number mm: 0 Referral for Chest X-ray YES or (NO) If yes: Date of CXR ______

Comments ______________________________