IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOE MITCHELL DORSEY,          )
                                   )
          Plaintiff,     )
                                   )
v.                             )   CIVIL ACTION NO. 2:05-CV-1239-F
                                   )
MUNICIPAL COURT ANDALUSIA, et al.,  )
                                   )
          Defendants.   )

## AFFIDAVIT OF ANNETTE CAIN, L.P.N.

Before me, the undersigned notary public, in and for said County and State, personally appeared **Annette Cain, L.P.N.**, who, after first being duly sworn by me, deposes and states as follows:

1.     My name is Annette Cain, L.P.N.. I am over the age of 19 years and have personal knowledge of the facts contained herein.

2.     I am a licensed practical nurse. I obtained my L.P.N. degree in 1982 from McArthur State College in Opp, Alabama, and became licensed by the State of Alabama as an L.P.N. in 1982. From 1982 to 1985, I worked as an L.P.N. on the emergency room and surgery departments of Columbia General Hospital in Andalusia, Alabama. From 1985 to 1986, I worked as an L.P.N. for Dr. Joseph Herrod in Enterprise, Alabama, where my nursing care focused on behavioral malfunction. From 1986 to 1988, I was an L.P.N. at Opp nursing facility. From 1988 to 1990, I was an L.P.N. for Dr. Steven Price in Opp, Alabama, who had a private surgery practice. From 1990 to 1992, I was an L.P.N. at Oxford Home Health Care in Oxford, Alabama. From 1992 to 2005, I was an L.P.N. at Andalusia Manor Nursing Home.

3.     From September 2005 to the present, I have been employed as an L.P.N. for Southern Health Partners, Inc. ("SHP") at the Covington County Jail in Andalusia, Alabama. In late

November 2005, I became medical team administrator.

4.    SHP provides medical care to inmates in various jail facilities including the Covington County Jail. During the entire time of plaintiff's incarceration in the Covington County Jail, health care services have been provided to the inmates by SHP pursuant to a contract between SHP and the Covington County Commission. Health care in the jail is provided under the direction of a medical team administrator as well as a medical director. During the period complained of by the plaintiff in this action, the medical director in the jail was Dr. Millard McWhorter and I was the medical team administrator.

5.    When an inmate in the jail requires routine medical care, he or she obtains an inmate sick call slip from the corrections officer on duty in the housing unit and that form is provided to the medical staff for action. Routine sick calls are conducted by the medical staff inside the housing unit.

6.    As I understand the plaintiff's complaint in this case, the plaintiff alleges that I denied him medical attention upon his return to the jail from Andalusia Regional Hospital ("ARH") after being treated at ARH for complaints of pain arising out of a fall down some stairs.

7.    I have reviewed SHP's medical chart concerning the plaintiff, a true and correct of which is attached hereto as Exhibit A.

8.    On December 6, 2005, the plaintiff was booked into the Covington County Jail. On December 8, 2005, the plaintiff completed a medical screening form, wherein he mentioned a history of heart condition, mental health problems, ulcers and daily drug use.

9.    On December 24, 2005, I received a telephone call from one of the correction officers at the jail, who reported that the plaintiff had fallen down some stairs. According to the officer, the plaintiff had been able to get up with assistance but had complained of great pain all over. The plaintiff had been transferred to the emergency room of ARH, and had returned to the jail with a

prescription for Motrin. Upon return to the jail, the plaintiff complained of general back pains, but had refused to get up for pill call.

10.    Because I received this telephone call on Christmas Eve while I was not on shift, I wrote a late entry progress note on December 26, 2005, which documented my telephone call with the correction officer.

11.    On December 25, 2005, Dr. McWhorter ordered that the plaintiff receive 800 mgs. of ibuprofen twice a day for seven days for his complaints of back pain.

12.    On January 4, 2006, Dr. McWhorter saw the plaintiff in follow-up to his trip to ARH. The plaintiff complained that he had injured his lower back falling down stairs. Dr. McWhorter assessed the plaintiff as having a back contusion and ordered that he continue taking the medication (ibuprofen) he was currently taking for back pain.

13.    The plaintiff never completed a sick call slip for any problems related to any injury suffered from his fall down the stairs. In fact, the plaintiff has not completed any sick call slips requesting any medical attention or treatment since being booked into the jail.

14.    Upon review of the plaintiff's medication administration record, he refused to take his morning dosage of ibuprofen on December 25, December 26, December 29, December 30, January 2 and January 3, 2005. He also refused to take his evening dose of ibuprofen on December 27, 2005.

15.    All of the information contained herein is based upon my personal knowledge and the plaintiff's medical chart.

16.    All necessary care provided to the plaintiff was appropriate, timely and within the standard of care.

17.    On no occasion was the plaintiff ever at risk of serious harm, nor was I ever indifferent to any complaint that he made.

Annette Cain, L.P.N.

STATE OF ALABAMA )

COUNTY OF _Madison_ )

 I, the undersigned Notary Public in and for said county in said state, hereby certify that Annette Cain, whose name is signed to the foregoing and who is known to me, acknowledged before me that, being fully informed of the contents of said instrument, she executed the same voluntarily on the day the same bears date.

 GIVEN UNDER MY HAND and official seal on this the _2_ day of _March_____ , 2006.

Notary Public
My Commission Expires: _12-3-2007_

# Exhibit A

JAN-19-2006 03:55P FROM:COVIN.  JN CNTY JAIL                    3:14235535645                    P.23

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners, inc.

| LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE | TIME |
|---|---|---|---|---|---|
| DORSEY | Joe | Mitchell | 5-11-05 | 5-12-05 | |

EVIDENCE OF INCARCERATION: PRISON Blg 3 mos. ago

SEX: M    SOCIAL SECURITY NO: 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    DOB: 11-29-82

CURRENT INSURANCE/THIRD PARTY REQUEST: N/A

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION: N/A

## VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral?  yes   *rooms* | Y | (N) |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection, cuts, bruises, or minor injuries, needle marks, body vermin?  yes  *scratches from racks* | (Y) | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior?  yes | Y | (N) |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol?  yes | Y | (N) |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc  yes | Y | (N) |

## ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | YES | NO |
|---|---|---|
| Have you had or been treated for (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions?  other  *cannot remember Dr Name (did endoscopy)* | (Y) | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician?  yes  *Zantac 150mg qd for ulcers* | (Y) | N |
| Are you allergic to any medications, foods, plants, etc?  yes  *NKA* | Y | (N) |
| Have you fainted or had a head injury within the last 72 hours?  yes | Y | (N) |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease?  yes | Y | (N) |
| Have you been hospitalized by a physician or psychiatrist within the last year?  yes | Y | (N) |
| Have you ever considered or attempted suicide?  yes | Y | (N) |
| Do you have a painful dental condition?  yes | Y | (N) |
| Are you on a specific diet prescribed by a physician?  yes | Y | (N) |
| Do you use drugs? How often?  No  What kind?  Last time? | Y | (N) |
| Do you use alcohol? How often?  No  What kind?  Last time?  How much? | Y | (N) |
| Females: LMP Date | Y | (N) |
| Are you pregnant, recently delivered or aborted; on birth control pills, having abdominal pain or discharge?  yes | Y | (N) |

## NOTE VITAL SIGNS:

Respiration 20    Pulse 68    Temperature 97.6    Blood Pressure 112/58

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE?  CKW

ARE ALL STATED CHRONIC CONDITIONS NOTED:  CKW

WERE TRACK MARKS FOUND:  Y    (N)    ARM LOCATION: R OR L    IS H&P SCHEDULED FOR 14 DAY?

REMARKS:

I understand (if literate, signed) / have been told and shown how to obtain medical services and advised on how medical care is provided during incarceration, a copy of all requests for medical services will be provided to me with final disposition noted. Please check box...

Inmate Signature: *Joe Dorsey*

Staff Signature: *Connie [?] LPN*

5-12-05
5-12-05

JAN-19-2006 03:55P FROM:COVI UN CNTY JAIL                                        TO:14235535645        P.24

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number |
|---|---|---|
| Printed: Wed May 11,2005 | **JOE MITCHELL DORSEY (S421137359)** | 200007803 Booking Date MAY 11th. 2005 |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | **Y** N |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptoms? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | | |
|---|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | **Y** N | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address

**BONG   ANDALUSIA**

Health Insurance

**NO**

Special Diet

**NO**

Prescriptions/Medications

**NO**

Drug Allergies

**NO**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _~Joe Dorsey~_                Date: _____   Time: _____

Officers's Signature _~C5006  Bill Blue~_         Date: _5-11-05_   Time: _2210_
CJ006  BLUE, BILL

Page 1

JAN-19-2006 03:50P FROM:COVII   .I CNTY JAIL                    :14235535645        P.9

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|--------------------------------------|
| | allergies: NKA                    DOB 11-29-82 |
| 5/12/05 | Seen in screening c/o side pain & states that he has been treated for ulcers since age 16 but in the last 2 yrs. has not required his Zantac; inmate states, "But now my stomach is hurting & feels as though it is in knots & wants to know if he can get on something for his stomach. Zantac 150mg. po BID V/O Dr. McWhorter /C. Hofomaster |

Doctor's Signature: _____

| NAME—Last | First | Middle | Attending Physician | Record No | Room/Bed |
|-----------|-------|--------|---------------------|-----------|----------|
| Dorsey | Joe | Mitchell | McWhorter | | |

Form 85/2P

PROGRESS NOTES

JAN-19-2006 03:57P FROM:COVI   JN CNTY JAIL                     7:14235535645                P.27

# MEDICATION ADMINISTI { ,RECORD    *Released*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Zantac 150mg.* AM | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| *1 PO BID* | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| PM | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

CHARTING FOR **5-1-05** THROUGH **5-31-05**

Physician **Mc Whirter**

Alt. Physician

Allergies **NKA**

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Diagnosis

Medicaid Number

Medicare Number **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**

Approved By Doctor

By

Title

Date

RESIDENT **Dorsey, Jee Mitchell** D.O.B **11-29-82** Sex **F** Room **A**

Patient Code

Admission Date

JAN-19-2006 03:54P FROM:COVINGTON CNTY JAIL                    .O:14235535645         P.21

## MEDICAL STAFF RECEIVING / SCREENING FORM

Southern Health Partners, Inc.

| LAST NAME | FIRST NAME | MIDDLE | INTAKE DATE | SCREENING DATE | JID INT |
|---|---|---|---|---|---|
| Dorsey | Joe | M | 2/8/05 | 2/9/05 | |

| | SEX | SOCIAL SECURITY NO | DOB |
|---|---|---|---|
| RACE / TRANSFERRING OFFICER | M | 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 | 11-29-82 |

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION:  No

### VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N.

| | YES | NO |
|---|---|---|
| Inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral?  yes | Y | N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection: cuts, bruises, or minor injuries: needle marks body vermin?  yes | Y | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior?  yes | Y | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol?  yes | Y | N |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc  yes | Y | N |

### ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | YES | NO |
|---|---|---|
| Have you had or been treated for (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions?  other | Y | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician?  yes | Y | N |
| Are you allergic to any medications, foods, plants, etc.?  yes | Y | N |
| Have you fainted or had a head injury within the last 72 hours?  yes | Y | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease?  yes | Y | N |
| Have you been hospitalized by a physician or psychiatrist within the last year?  yes | Y | N |
| Have you ever considered or attempted suicide?  yes | Y | N |
| Do you have a painful dental condition?  yes | Y | N |
| Are you on a special diet prescribed by a physician?  yes | Y | N |
| Do you use drugs? How often?  What kind? | Y | N |
| Do you use alcohol? How often?  What kind? | Y | N |
| Females: LMP Date | Y | N |
| Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge?  yes | Y | N |

Last time?
How much?
Last time?
How much?

### NOTE VITAL SIGNS:

| Respiration | 18 | Pulse | 72 | Temperature | 97.6 | Blood Pressure | 120/78 |
|---|---|---|---|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? ___yes___

ARE ALL STATED CHRONIC CONDITIONS NOTED: ___No___

PPD IMPLANTED? (Y) OR N  ARM LOCATION: R OR (L)  IS H&P SCHEDULED FOR 14 DAYS ___yes___

REMARKS _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon roles and give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.

Signature _____    Date _____
Witness _____    Date _____

JAN-19-2006 03:55P FROM:COVIN...ON CNTY JAIL                    .0:14235535645         P.22

| Covington County Sheriff | MEDICAL SCREENING FORM | Booking Number 200008360 |
|---|---|---|
| Printed: Tue Jul 19, 2005 | JOE MITCHELL DORSEY (S421137359) | Booking Date JULY 18th, 2005 |

## ADMISSION OBSERVATIONS

| | | | |
|---|---|---|---|
| Is inmate conscious? **(Y)** N | Is inmate capable of responding? **(Y)** N | Can inmate walk on own? **(Y)** N |
| Any difficulty breathing? **(Y)** N | Is inmate hostile/aggressive? Y **(N)** | Any visible signs of trauma, bleeding, wounds or illness? Y **(N)** |
| Did arrest result in injury? Y **(N)** | Any fever, swollen lymph nodes, or jaundice? Y **(N)** | Is skin in good condition and free of vermin? **(Y)** N |
| Is inmate under obvious influence of alcohol? Y **(N)** | Is inmate under obvious influence of drugs? Y **(N)** | Any visible signs of alcohol or drug withdrawal symptons? Y **(N)** |
| Does inmate suggest risk of suicide? Y **(N)** | Do you consider inmate an escape risk? Y **(N)** | |

Observations     INFLAMMATION OF LUNGS

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **(N)** | Heart Disease | Y **(N)** | Mental/Emotional Upset | Y **(N)** |
| Tuberculosis | Y **(N)** | Hypertension | Y **(N)** | Attempted Suicide | Y **(N)** |
| Sexually Transmitted Disease | Y **(N)** | Epilepsy/Convulsions | Y **(N)** | Asthma/Emphysema | Y **(N)** |
| Ulcers | Y **(N)** | Hemophiliac (bleeder) | Y **(N)** | Cancer | Y **(N)** |
| Kidney Trouble | Y **(N)** | Aids/Exposed to Aids | Y **(N)** | Diabetes | Y **(N)** |
| DT's | Y **(N)** | Skin Problems | Y **(N)** | Use Insulin | Y **(N)** |
| Drug Addiction | Y **(N)** | Alcholism | Y **(N)** | Mental Illness | Y **(N)** |
| Recent Head Injury | Y **(N)** | Coughed/Passed Blood | Y **(N)** | Recent Hospital Patient | Y **(N)** |
| Recent Treatment | Y **(N)** | Use Needles | Y **(N)** | False Limbs/Teeth | Y **(N)** |
| Contagious Disease | Y **(N)** | Pregnant/Recent Delivery | Y **(N)** | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____

Date: _____  Time: _____

Officers's Signature _____
          CJ021  BURKETTE, RODNEY

Date: _____  Time: _____

Page 1



**SOUTHERN HEALTH PARTNERS**

# TB SKIN TEST VERIFICATION FORM

*N≠A*

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: _Joe Dorsey_      Cell # _____

SS# _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_    DOB _11-29-82_    Male or Female

Date of TB Skin test: _7/19/05_   Done by Nurse: _R Colwin Jr_

Previous Positive: YES or (NO)    Previous Therapy: YES or (NO)

### TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:

Date TB Skin test was read: _7/21/05_ Done by Nurse: _R Colwin Jr_

Number mm: _0_ Referral for Chest X-ray: YES or NO   If yes, Date of CXR. _____

Comments: _____

Southern Health Partners, Inc.
TB Consent Form

Exp. Date #:

Results:

# Tuberculosis Screening and Treatment

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _____    Date: 7-19-05

Witness: _____    Date: 7/19/05

Confidential Medical Information

JAN-19-2006 03:54P FROM:COVIN...ON CNTY JAIL                           TO:14235535645          P.20

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number **200009374** |
|---|---|---|
| Printed: Wed Dec 07,2005 | **JOE MITCHELL DORSEY (S421137359)** | Booking Date **DECEMBER 6th, 2005** |

## ADMISSION OBSERVATIONS

| | | | |
|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations
DEMANDED TO TALK TO SOMEONE IN CHARGE

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y N | Heart Disease | Y N | Mental/Emotional Upset | Y N |
| Tuberculosis | Y N | Hypertension | Y N | Attempted Suicide | Y N |
| Sexually Transmitted Disease | Y N | Epilepsy/Convulsions | Y N | Asthma/Emphysema | Y N |
| Ulcers | Y N | Hemophiliac (bleeder) | Y N | Cancer | Y N |
| Kidney Trouble | Y N | Aids/Exposed to Aids | Y N | Diabetes | Y N |
| DT's | Y N | Skin Problems | Y N | Use Insulin | Y N |
| Drug Addiction | Y N | Alcholism | Y N | Mental Illness | Y N |
| Recent Head Injury | Y N | Coughed/Passed Blood | Y N | Recent Hospital Patient | Y N |
| Recent Treatment | Y N | Use Needles | Y N | False Limbs/Teeth | Y N |
| Contagious Disease | Y N | Pregnant/Recent Delivery | Y N | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions
DON'T WANT TO TALK

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____
CJ014  BUSH, JIMMIE

Page 1

JAN-19-2006 03:54P FROM:COVINGTON CNTY JAIL                    TO:14235535645              P.19

# MEDICAL STAFF RECE'  NG SCREENING FORM

Southern Health Partners, Inc.

LAST NAME DORSEY   FIRST NAME JOE   MIDDLE   INTAKE DATE 12/16/05   SCREENING DATE 1/08/05   TIME 0440

PREVIOUS INCARCERATIONS: YES

SEX M   SOCIAL SECURITY NO 421-37-359   DOB 11-29-82

CURRENT INSURANCE COVERAGES: N/A

CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION

## VISUAL / MEDICAL OBSERVATION: (Explain all "Yes" Answers) Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | Y | (N) |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection. cuts, bruises, or minor injuries, needle marks, body vermin? If yes: | Y | (N) |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | (Y) | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | Y | (N) |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | Y | (N) |

## ASK THE INMATE THESE QUESTIONS: (Explain all "Yes" answers)

| | YES | NO |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other inflammation stomach ul | (Y) | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: has taken Zyprexia + 30mg in past | Y | (N) |
| Are you allergic to any medications, foods, plants, etc.? If yes | Y | (N) |
| Have you fainted or had a head injury within the last 72 hours? If yes: hit head into wall | (Y) | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes | Y | (N) |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes 12/6/05 | (Y) | N |
| Have you ever considered or attempted suicide? If yes: | (Y) | N |
| Do you have a painful dental condition? If yes: | Y | (N) |
| Are you on a specific diet prescribed by a physician? If yes | Y | (N) |
| Do you use drugs? How often? daily What kind? Cocaine Last time? 12-6-05 | (Y) | N |
| Do you use alcohol? How often? What kind? How much? Last time? | Y | (N) |
| Females  LMP Date: How much? | Y | (N) |
| Are you pregnant, recently delivered or aborted, or birth control pills; having abdominal pain or discharge? If yes: | Y | N |

## NOTE VITAL SIGNS:

| Respiration | ⊘ | Pulse | 98 | Temperature: | Blood Pressure | 128/92 |
|---|---|---|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? Yes

ARE ALL STATED CHRONIC CONDITIONS NOTED: N/A

PPD IMPLANTED?  Y  OR (N)  ARM LOCATION:  R  OR  L   IS H&P SCHEDULED FOR 14 DAYS: Yes

REMARKS: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc.

Inmate's Signature _____

Interviewer's Signature and Title _____  Date _____

Date _____

*Southern Health Partners*

# MASTER PROBLEM LIST

For Use with Chronic Condition Patients. Chronic Condition are classified as (but not limited to): Diabetes (IDDM/NIDDM), Hypertension, Pregnancy, HIV, AIDS, Asthma, Seizures, Diagnosed Mental Illness, CHF, Hepatitis.

Patient's Name (Last/First/Middle): _____

ID#: _____ DOB: _____ Sex: _____ Intake Date/s: _____

| Date Problem Identified/Dx | Chronic Condition | M.D. Comments | Date Of Initial M.D. Eval | M.D. Initials |
|---|---|---|---|---|
| 12/6/05 | Mental | Health | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

H & P Date: 5/35    Allergies: _____

PPD Test Date: 7/19/35    PPD Results Date: 7/21/05    PPD Results: _____    mm

Facility Name: _____

## Physician's Orders

Southern Health Partners

Inmate Name: Dorsey, Joe M
SS#: 421372359
DOB: 11-29-82
Allergies: NKA

Facility
Covington
County
Jail

| | |
|---|---|
| Date: 12-8-05 | Date: |
| ① Celexa 20mg QD ② Thorazine 50mg BID ③ IBU 800mg BID x 7days | |
| M.D. Sig. | M.D. Sig. |
| Date: 12-25-05 | Date: |
| ① IBU 800mg BID x 7 days | |
| M.D. Sig. | M.D. Sig. |
| Date: 1/10/06 | Date: |
| D/C Celexa & Thorazine I/M Non-Compliant. Ø Hx 2 or 5 yrs. before incarceration V.O.D. | |
| M.D. Sig. | M.D. Sig. |
| Date: | Date: |
| | |
| M.D. Sig. | M.D. Sig. |

JAN-19-2006 03:50P FROM:COVI    .N CNTY JAIL    J:14235535645    P.8

| Last Name | First Name | | Attending Physician | | Room No | Hosp No |
|---|---|---|---|---|---|---|
| Dorsey Joe | | | McWhorter | | | |

Date — Notes Should Be Signed by Physician

12/7/05 1115 Brought to jail from hsp. (swallowed bag of cocaine) Amb.
Steady. Wound on face. Uncooperative ₹ officers. Clothes
removed ₹ placed on suicide watch. Sits ₹ head down —
will not speak to nurse. Ø information. brought to medical re.
recent hsp. stay —————————— Diana Parr

12/7/05 1900 Called to jail to evaluate inmate. Officer states he has been
putting his head on the wall. Inmate found in 4 pt. restraint
chair. Able to move all extremities. Straps around wrists /
knees loose. Flexes present. Reddened area @ shoulder /clavicle —
area from struggling. Calm @ present but severely depressed ₹
suicidal. HAS 10 on suicide area on cell where inmate
allegedly hit his head repeatedly. Area top of head reddened
+ Ø abr. Superficial abrasion noted Ø edema or laceration noted
Attempted to notify MD @ 1735 to let inmate evaluated ₹
discuss. Will report to nurse to do.

[remaining lines illegible]



SOUTHERN
HEALTH
PARTNERS

Confidential Work Product

## INPATIENT HOSPITALIZATION FAX FORM

THE FOLLOWING COMPLETED INFORMATION MUST BE FAXED TO THE CORPORATE OFFICE (423-553-5645) IMMEDIATELY FOLLOWING AN INMATE'S INPATIENT ADMISSION TO THE HOSPITAL. ANY UPDATED INFORMATION SHOULD BE COMPLETED AT A LATER DATE WITH THE ORIGINAL FORM BEING MAILED TO THE CORPORATE OFFICE.

INMATE INFORMATION:

Name: _Joe Mitchell Dorsey_      Sex: (M) or F  DOB: _____

SS #: _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_  Classification: ☐ City Inmate  ☑ County Inmate  ☐ State Inmate

Potential 3rd party reimbursement/insurance and/or other bill responsibility Information: _____
(Please note if SHP is NOT the responsible payor of the bill)

Hospital Admit Date: _12/7/05_  Hospital Name: _Andalusia Regional Hospital_

Hospital Phone #: _334-222-8466_  Treating/Admitting Physicians Name: _____

Was Admission: ☑ Emergency Admission  ☐ Planned Admission for Treatment

Anticipated Length of Hospital Stay: _____

Specific Reason(s) for Admission: _____

Anticipated Treatment: _____

Was SHP jail physician notified? Y or N    Was Captain and/or Jail Administrator notified? Y or N

Nurse's Signature: _____      Date: _/ / /_

Facility Name: _____      State: _____

Please re-fax the form with Patient's Discharge Date : _12 07 05_
upon release from the hospital. Thank you.

## PROGRESS NOTES

NKA

| | | | |
|---|---|---|---|
| Dorsey Joe | Attending Physician McWhorter | Room No. 17 | 42113735 |

Notes Should Be Signed by Physician

**12/8/05**
*Late entry 12/5/05*

Approx 2100 - CO called me @ home X2. 1st call relating that inmate ℅ chest pain + banging head on wall. Also inmate requesting to go to ER. CO will call back ℅ blood pressure + HR of inmate. Approx. 20 mins. later - CO called + relates that inmate was sleeping soundly + breathing ℅ ease + will be kept in holding to monitor closely. Instructed CO to call if any changes in inmates condition to resp. status or further ℅ chest pain. ———— A. Cain for N.TA

**12/8/05**
**1010**

Inmate seen for medical screening. Relates that he just came to MH + just taking meds. arrived 5 hours ago. Expresses no suicidal tendencies or ideations. Spoke to Dr. McWhorter + new orders received. ———————— N. Cain, R.N.

PROGRESS NOTES

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|---|---|---|---|---|
| | | | A | 4213735 |

Notes Should Be Signed by Physician

**12/26/05** — Late entry for 12/24/05 Appx 8:30 p.m. Inmate observed by C.O.'s in bed fallen from stairs onto concrete flooring. Per C.O.'s statement, report that he was able to get ↑ c assist but c great pain all over. Then reported ↑ pain areas. Nurse was not called, neither C.O.'s transferred to E.R. Inmate returned c Rx for Motrin. C/o general aches, runs but does not get ↑ for pill call. ——— C. Cain Jr.

**1/4/06** S — Injured lower back by falling down stairs. ER very minor not neurological problems

O — Back pain + tenderness ơơ mid lower back. No focal neurological findings or deficits

A — Back Contusion

P — Continue meds ————

JAN-19-2006 03:51P FROM:COVIN   N CNTY JAIL                    :14235535645        P.14



SOUTHERN
HEALTH
PARTNERS

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To _____

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items

 Summary of positive findings, most recent history, physical exam including any diagnostic tests
 Medical/dental/psychiatric/psychological diagnosis and treatment regimen when indicated
 Hospital discharge summary for any/all hospitalization(s), Laboratory and/or Special Study Reports
 any other medical/dental/psychiatric services I may have previously had, currently or have in
 future treatment plans, Other Records    X  *Bang reports for 12/05*

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and become part of the record of provision of health care services

I release responsibility and/or liability from the correctional facility for the release of the above requested medical the information to the medical unit to the extent indicated and authorized.

Please send requested documents
to the following address             County Name  *Covington COUNTY JAIL*
                                     Street Address  *290  Hillcrest Dr*
                                     City/State/Zip  *Andalusia, AL*   Fax  *334-478-2055*

Name (please print)  *Joe M. Dansby*                     Birth Date  *11-24-82*
Social Security Number  *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* Date(s) of Service(s)  *12-23-05*
Patient Signature  *Joe M. Glace*                        Date  *12/28/05*
                   *Annette Glace*                       Date  *12/28/05*

*signature  12/28/05*

*signature*



**SOUTHERN HEALTH PARTNERS**

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To _HRH_

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

> Summary of positive findings, most recent history, physical exam including any diagnostic tests
> Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treat'd;
> Hospital discharge summary for any/all hospitalization(s); Laboratory and/or Special Study Reports
> Any other medical/dental/psychiatric services I may have previously had currently or chronic or
> Future treatment plans. Other Records __X - Rays__

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and used in the proper giving provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical information to the medical unit to the extent indicated and authorized.

Please send requested documents to the following address:

ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS INC

County Name: _Cov_ COUNTY JAIL
Street Address: _940 Hillcrest Dr_
City/State/Zip _Andalusia, AL   36420_   Fax _334-428-2855_

Print Name: _Joe Dorsey_   Birth Date: _11/24/82_
Social Security Number: _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_   Dates of Service(s) _12/26/05_
Patient Signature: _Joe Dorsey_   Date: _1/4/06_
_V. Williams, LPN_   Date: _1/4/06_

Faxed
1/4/05
DW

JAN-19-2006 03:51P FROM:COVIN   N CNTY JAIL                    :14235535645        P.13

Age/Sex: 23 M                    DORSEY,JOE M (ADM IN)                    Page: 1
   Unit #: D000046995                 D.ICU-D.315-A
Account#: D00100971678                Smith,Joanne M
Admitted: 12/06/05 at 2230      Andalusia Reg Hosp Patient Care       DISCHARGE INSTRUCTIONS

```
|                               Discharge Instructions              |   12/07/05 1529 JLL  |
```

                          <<DISCHARGE INSTRUCTIONS>>
             Discharge to: Home
           Discharge Date: 12/07/05   Discharge Time: 1530
Home Diet Instructions: N
                    Diet: AS TOLERATED
      Fluid Restrictions: N ML Per Day:
       Weight Monitoring: N
               Frequency:
Wound Care: N
At Home Instructions for the care of you:

Activity: N
Recommendations:


<<Discharge Med Instructions>>
   Medication      Dose      Route      Time
: NONE
<<Special Instructions>> N
: REPORT TO THE EMERGENCY ROOMS IF HAVING ANY
  DIFFICULTIES OR DISTRESS. *F/U c Dr. McWhorter for antidepressant therapy.*

<<Follow Up>> N MD:
Appointment made for:
Call For Appointment:
                  MD:
Appointment made for:
Call For Appointment:

<<Referrals>>
Patient Choice Letter: N
Agency Or Facility Name:
Special Instructions/Contact Name:

                      Home Health:      Start Date:
Home Health Notified of Discharge:
         Name of Person Notified:
 Home Health Agency to Follow For:
<<Pain Mangement>> N
Pain on Discharge:      Pain Score:
If Yes, Pain Management Techniques:
If you have any questions about your discharge instructions or needs call:
CALL DR. SMITH 222-0784  *error*

Patient Family Member

| Monogram Initials | Name           | Nurse Type |
|-------------------|----------------|------------|
| JLL               | DNURJLL   LEWIS,JACLYN | RN |

JAN-19-2006 03:52P FROM:COVIN N CNTY JAIL            :14235535645          P.15

## MEDICAL FORM

Exam Date: 1/13/06          S.S.#: 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          ID#:

Inmate Name: Dorsey        Joe        Mitchell
                (Last)      (First)     (Middle)

Alias:                                          Date Booked: 12/6/05
        (Last)      (First)     (Middle)

Address: 200 Ridy Falls St Apt 4   Andalusia Al   36420
         (Street)          (City)    (State)   (Zip)      County: Cov. Co

Telephone: 334-222-3302    Birthdate: 11/29/82

Education Completed: 10 42 grade        Special Education: O        Religion: Baptist

Marital Status: S (M) W  D  Separated    Read/Write English: (YES)  NO  Other:

Previous Incarcerations: (Facility/Date) Cov. Co. Jail DHS

## MEDICAL HISTORY

Notify in Emergency: Dr. Quinita Dorsey                        Wife
                          (Name)                         (Relationship)

Address: Same as home
         (Street)    (City)    (State)    (Zip)    Phone:

Health Insurance: O
                  (Type of Insurance)

Family Physician:
                (Name)        (Street Address)   (City) (State) (Zip)  (Phone Number)
                                                         (Policy Number)

Past Hospitalizations (include surgeries): O
                (Location)       (Street Address)    (City)   (State)  (Zip)   (Phone Number)

Head Injury with Loss of Consciousness: yes   Last Tetanus: 2 years   Immunization:

Allergies: NKDA

Current Medication(s): O

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons:    YES  (NO)   If Yes, Why

Where:
       (Location)        (Street Address)   (City) (State) (Zip)          When:

Psychotropic Meds (Specify type and last dose): Thorazine  3 days ago          (Date)

Prior Counseling/Out-Patient Treatment for: Mental Health

Where: SEAMH  Andalusia
       (Location)     (Street Address)   (City) (State) (Zip)    When:                (Date)

Have you ever attempted suicide: No   How:                      When:                (Date)

Have you recently considered committing suicide? O                               (Date)

Do people consider you a violent person? O

Have you ever been arrested for a violent crime/sexual offense? (Specify) DV

Street drugs: Cocaine    1 y month  Smooth  Smoker: Yes   Etoh: NO
              (Type/Quantity)  (How Often)  (How Long)

Inmate's Signature:

Reviewer's Signature: Jo Williams, RN        Date 1/13/06

(Refusal of physical is refused)                Date 1/13/06

                                                Date

JAN-19-2006 03:52P FROM:COVINGTON CNTY JAIL                TO:14235535645          P.16

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | | ✓ | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | N/A |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | N/A |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | N/A |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

**EXAM:**   Age 22   Sex M   Race B   Ht. 6'   Wt. 140.5

Pulse 80   BP 118/70   Temp. 97.2   Resp. 18

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj | | OK | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | OK |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | OK | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | OK |
| Ears: Appearance, Canals, Hearing | | OK | Extremities: Pulses, Edema, Joints | | OK |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | OK | Abdomen: Shape, Palpation, Herna, Bowel, Sounds | | OK |
| Nose | | OK | Spine | | OK |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | | OK | Genital/Urinary System | | OK |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 1/15/06 DW | 1/17/06 Neg. |
| VDRL, RPR | 0 | |
| Other Lab Tests needed: | 0 | |
| Pregnancy Test? | 0 | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | O X 3 |
| General appearance (motor behavior, mannerisms) | | Calm/Coop |
| Affect (mood) | | |
| Content of thought, history of suicide, present thoughts of suicide | | 0 |

Physical Examiner's Signature: _W. Williams, RN_       Date 1/15/06

Physician's Signature: _____       Date 1/15/06



**SOUTHERN HEALTH PARTNERS**

# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name _Joe Mitchell Dalsey_

SS# _421-D-2253_         DOB _11/24/22_         Cell # _A_         (Male) or   Female

Date of TB Skin test _1/15/06_         Done by Nurse _H. Williams, LPN_

Previous Positive.   YES   or  (NO)         Previous Therapy   YES   or   NO

### TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION

Date TB Skin test was read _1/17/06_  Done by Nurse _____

Number mm: _0_         Referral for Chest X-ray     YES     or (NO)   If yes Date of exp _____

Comments _____

JAN-19-2006 03:53P FROM:COVINGTON CNTY JAIL    ID:14235535645    P.17

# Tuberculosis Screening and Treatment

Results:

## What is Tuberculosis:

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:

- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison Inmates
- Persons with HIV infections/AIDS

## Screening:

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

## Treatment:

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _____    Date: 1/13/06

Witness: _U. Williams lph_____    Date: 1/13/06

Confidential Medical Information

JAN-19-2006 03:50P FROM:COVI￼ ￼N CNTY JAIL                    J:14235535645      P.10

**Andalusia
Regional Hospital**
649 South Three Notch Street
Andalusia, Alabama

DEA AC 9709897

DORSEY,JOE M
D000100996315 D000046995
M/23       11/29/82  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
HAMILTON,DUNSTON KIR

For __

Address

Date

Rx

YES  NO

LABEL  [ ]  [ ]

Reg. No. _____

REPT OF DICT  1  2  3  4  5  11  TIMES P.R.N. [ ]    NON-REP. [X]

DISPENSE AS WRITTEN

PRODUCT SELECTION PERMITTED

A14-255 (Rev 8/98)

JAN-19-2006 03:57P FROM:COVI   JN CNTY JAIL                        TO:14235535645         P.26

## MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Celexa 20mg QD | A | |
| | P | |
| Thorazine 50mg BID | A | |
| | P | |
| IBU 800mg BID X 7 days | A | |
| | P | |
| IBU 800mg BID X 10 days | A | |
| stop pm 4/5 | P | |

STARTING FOR: 12-8-05   THROUGH 12-31-05

Physician: McWhorter

NKA

Telephone No
Alt. Telephone
Rehabilitative Potential

Medical Record No

Medicaid Number: 357#
421137359

Approved By Doctor
By
DOB

JCC Dorsey

# MEDICATION ADMINISTRATION RECORD

COVINGTON COUNTY JAIL
DORSEY, JOE
REPORT DATE : 01/06

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITALOPRAM HBR 20 MG TABL 12/08/06 CELEXA 20 MG TABLET TAKE 1 TABLET ONCE DAILY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHLORPROMAZINE 50 MG TABL 12/08/06 THORAZINE 50 MG TABLET TAKE 1 TABLET TWICE DAILY | AM PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

IBU 800 mg ᵼ po Bid x 10 days

Robaxin 750 my ᵼ po Bid x 30 days

IBU 800 my ᵼ po Bid x 30 days

STARTING FOR   01/01/06         THROUGH   01/31/06         PAGE   1 OF   1
Physician         MCWHORTER
II. Physician      MCWHORTER
Allergies          NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Diagnosis
Medicaid Number        Medicare Number        Approved By Doctor
                                              By
                                                          Title          Date

JOE DORSEY