IN THE UNITED STATES DISTRICT COURT FOR THE
Middle District of ALABAMA
Northern Division

| | |
|---|---|
| JOE MITCHELL DORSEY, <br> PLAINTIFF, <br> V. <br> ANTHONY CLARK, ET AL, <br> DEFENDANT'S | Civil Action No: 2:05-CV-1239-MEF |

### AFFIDAVIT OF JOE MITCHELL DORSEY

Before me, the undersigned Notary Public, in and for said County and State, personally appeared Joe Mitchell Dorsey, who, after first being duly sworn by me, deposes and states as follows:

1. My name is Joe Mitchell Dorsey, I am over the age of 19 years and have personal knowledge of the facts contained herein.

2. I am a U.S. Citizen I have been liveing in Covington County 10, years, I have been a U.S Citzen all of my live.

3. I am a inmate for to set out Fine, for municipal court Andalusia I am being houses at the Covington County Jail since 12-6-2005.

4. See Exhibit (A) I send Grievances they never were answer by the Sheriff or the Jail Administrated. See Exhibit (B) I have witness.

5. I am at the Covington County Jail in great pain day and night held against my will, being treated deliberately indifferent to a serious medical condition, I need a serious medical needs, because of constitute an unnecessary and wanton infliction of pains.

6. On December 25, 2005 Dr. McWhorter order that I take 800 mgs. of ibuprofen twice a day for seven days for my complaint of back pains, which I refused to take because of my stomach pain, ibuprofen is not for back pains.

7. I have been denied serious medical attention and I need help at the earliest possible time, or a emergency medical leave at the earliest possible time I am in greate pain.

Respectfully submitted this the 17 day of 4 month, 2006

_Jon Mitchell Dorsey_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing aboved is true and correct. 4-17-06 / _Jon Mitchell Dorsey_
Date / Signature of Plaintiff


Sworn to and subscribed before me on this 17 day of April 2006 at State of Alabama, witness my hand and official seal of office.

_Patricia A. Sweatt_
Notary Public
State At Large
My Commission Expires: 12909