EXHIBIT A    COPY

# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME Joe Dorsey  BLOCK A  DATE 1-8-06

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET (X) GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
(X) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[TNESSES IF] APPLICABLE.

I have hurt myself in your County jail which is not what I come to do. I come to do my time and go home. I have wrote you these forms and kept copies to send to my uncle Ethan. I still haven't heard anything from it. My back is giving me trouble, the pills they give do not help. I need the proper medical attention which I have been denied. Denial of medical Attention treatment amounts to Cruel and unusual Punishment 42 USCS § 1983 that in violation of my Eighth Amendment rights. I'm not trying to cause no problems, but look out for my well being. So if I may speak with you I would appreciate it. Thank you for your time. —

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Exhibit A

# COVINGTON COUNTY JAIL
## INMATE REQUEST / GRIEVANCE

NAME **Joe Dorsey**   BLOCK **A**   DATE **2-04-06**

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET (X) GRIEVANCE ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
( ) SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WT APPLICABLE.

Mr. Sam, my back is still giving me trouble so could you please try to do something for me. I've wrote these request to the nurse + no one will do anything.

SECTION BELOW THIS LINE FOR RTC USE

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Exhibit A  COPY

# COVINGTON COUNTY JAIL
## INMATE REQUEST / GRIEVANCE

NAME: Joe Dorsey      BLOCK: A    DATE: 1-10-06

( ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT   ( ) TIMESHEET       ( ) GRIEVANCE   (✓) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
(✓) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

If you would please grant me a 4 hour or 2 hour pass to the doctor with my Uncle Ethan Dorsey. The reason I ash to go with him is cause he's strictly by the book. His number is 2-8158 or the fire Dept 2-1121

Thank you for your time + patients

Sign ~ Joe Dorsey

*BELOW THIS LINE FOR REPLY ONLY*

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

EXHIBIT A

COPY

# COVINGTON COUNTY JAIL
## INMATE REQUEST / GRIEVANCE

NAME: Joe Dorsey          BLOCK: A    DATE: 2-6-06

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEMS
( ) SPECIAL VISIT   ( ) TIMESHEET       (X) GRIEVANCE   ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
(X) SHERIFF  ( ) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[T] APPLICABLE.

I was just wondering if you have gotten the grievance forms that I have written you, and if yes why haven't I heard anything from it. I get the feeling that I'm being ignored. If you would please let me know whats going on.

Thank you for your time + patients

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER