EXHIBIT (B) WITNESSES

THE FALL DOWN STAIRS

LARRY CALDWELL
Chris Jackson
Chris Joiner
Keith Gibb
Eddie Walker

The county had their lawyer to come question me without my lawyer

EXHIBIT B

WITNESS WHEN THEY FIXED THE TDI ON 2-8-06

| Signature | Printed Name |
|---|---|
| Michael Dorsey | Michael Dorsey |
| Zander Rogers | Zander Rogers |
| Chris Jackson | Chris Jackson |
| Jerry Finley | Jerry Finley |
| MARK Wilkerson | Mark Wilkerson |
| Sonny Bridges | Sonny Bridges |
| Cornell Jackson | Cornell Jackson |
| Tyson Dorves | Tyson Dorves |
| Casey Goodson | Casey Goodson |
| Larry Caldwell | LARRY CALDWELL |
| Eddie Joe Walker | Eddie Joe Walker State Inmate |
| Chris Nix | CHRIS NIX |

Its on camera when the w

They fixed it one month + a few days after the fact of the accident.