Dear Mr Coody,

Hello my name is Joe Dorsey letting you know that I have gotten out of the county jail and to let you know my address is 200 Riverfalls Street apartment 4. Please let me know if I need to do anything else

my phone # 334-222-1737

Thank you

Case Number: 2:05-cv-01239-MEF-CSC

Document #: 14-1

RECEIVED 2006 JUL 14 P 2:49 [U.S. DISTRICT COURT MIDDLE DISTRICT ALA]